IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Estados Unidos Mexicanos,<br><br>    Plaintiff,<br>vs.<br><br>Diamondback Shooting Sports, Inc.; SNG Tactical, LLC; Loan Prairie, LLC D/B/A The Hub; Ammo A-Z, LLC; Sprague's Sports, Inc.<br><br>    Defendants. | No. CIV 22-472-TUC-CKJ<br><br>**ORDER** |

Pursuant to the parties' Stipulation (Doc. 13) and good cause appearing,

IT IS ORDERED:

All Defendants have until January 13, 2023 to answer or otherwise respond to Plaintiff's Complaint. If a motion to dismiss is filed in response to the Complaint, Plaintiff shall be permitted sixty (60) days to file a response to the motion and Defendants shall have thirty (30) days to file a reply.

DATED this 13th day of December, 2022.

_____
Cindy K. Jorgenson
United States District Judge