IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Estados Unidos Mexicanos,<br><br>   Plaintiff,<br><br>vs.<br><br>Diamondback Shooting Sports, Inc.; SNG Tactical, LLC; Loan Prairie, LLC D/B/A The Hub; Ammo A-Z, LLC; Sprague's Sports, Inc.<br><br>   Defendants. | No. CIV 22-472-TUC-CKJ<br><br>**ORDER** |

Pursuant to the parties' Stipulation (Doc. 16) and good cause appearing,

IT IS ORDERED:

All Defendants have until January 27, 2023 to answer or otherwise respond to Plaintiff's Complaint. If a motion to dismiss is filed in response to the Complaint, Plaintiff shall be permitted sixty (60) days to file a response to the motion and Defendants shall have thirty (30) days to file a reply.

In addition, the parties are granted leave to exceed the page limitations for motions set forth in Local Rule 7.2 if a motion to dismiss is filed in response to the Complaint. Defendants' motion (including memorandum of law) and Plaintiff's opposition/response are limited to 50 pages. Defendants' reply, if any, is limited to 25 pages.

DATED this 26th day of January, 2023.

_____
Cindy K. Jorgenson
United States District Judge