LORBER, GREENFIELD & POLITO, LLP
Louis W. Horowitz, Esq. [S.B. #020842]
3930 E. Ray Road, Suite 260
Phoenix, AZ 85044
TEL: (602) 437-4177
FAX: (602) 437-4180
lhorowitz@lorberlaw.com

RENZULLI LAW FIRM LLP
Christopher Renzulli, Esq. (*Pro Hac Vice*)
Jeffrey Malsch, Esq. (*Pro Hac Vice*)
One North Broadway, Suite 1005
White Plains, NY 10601
TEL:  (914) 285-0700
FAX: (914) 285-1213
crenzulli@renzullilaw.com
jmalsch@renzullilaw.com

*Attorneys for Defendants Diamondback Shooting Sports, Inc., Loan Prairie, LLC d/b/a The Hub, and Sprague's Sports, Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Estados Unidos Mexicanos,<br><br>                Plaintiff,<br><br>v.<br><br>Diamondback Shooting Sports, Inc., an Arizona corporation; SNG Tactical, LLC, an Arizona limited liability company; Loan Prairie, LLC D/B/A The Hub, an Arizona limited liability company; Ammo A-Z, LLC, an Arizona limited liability company; Sprague's Sports, Inc., an Arizona corporation,<br><br>                Defendants. | No.  4:22-cv-00472-TUC-CKJ<br><br>**DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>**ORAL ARGUMENT REQUESTED** |

Defendants Diamondback Shooting Sports, Inc.; SNG Tactical, LLC; Loan Prairie, LLC d/b/a The Hub; Ammo A-Z, LLC; and Sprague's Sports, Inc. ("Defendants"), respectfully move this Court to dismiss Plaintiff's Complaint under Federal Rule of Civil Procedure 12(b)(1) and 12(b)(6). As set forth in the attached Joint Memorandum of Law In Support of Defendants'

Motion to Dismiss, all of Plaintiff's claims must be dismissed for lack of Article III standing and failure to state a claim.

## **REQUEST FOR ORAL ARGUMENT**

Defendants respectfully request oral argument on this Motion because it is likely to help the Court in resolving the motion to dismiss.

Dated: January 27, 2023                                        Respectfully submitted,

| Defendants Diamondback Shooting Sports, Inc., Loan Prairie, LLC d/b/a The Hub and Sprague's Sports, Inc. | Defendant, Ammo A-Z, LLC, By its attorneys, |
|---|---|
| */s/Louis W. Horowitz*<br>Louis W. Horowitz<br>LORBER, GREENFIELD & POLITO, LLP<br>3930 E. Ray Road, Suite 260<br>Phoenix, AZ 85044<br><br>and<br><br>*/s/ Christopher Renzulli*<br>Christopher Renzulli (phv)<br>crenzulli@renzullilaw.com<br>Jeffrey Malsch (phv)<br>jmalsch@renzullilaw.com<br>RENZULLI LAW FIRM LLP<br>One North Broadway, Suite 1005<br>White Plains, NY 10601 | */s/ Danny Lallis*<br>Danny Lallis (Pro Hac Vice)<br>dlallis@pisciotti.com<br>Anthony Pisciotti (Pro Hac Vice)<br>apisciotti@pisciotti.com<br>Ryan Erdreich (Pro Hac Vice)<br>rerdreich@pisciotti.com<br>PISCIOTTI LALLIS ERDREICH<br>30 Columbia Turnpike, Suite 205<br>Florham Park, NJ 07932<br>(973) 245-8100<br><br>and<br><br>William W. Drury<br>wdrury@rcdmlaw.com<br>RENAUD COOK DRURY MESAROS, PA<br>One North Central, Ste. 900<br>Phoenix, AZ 85004-4117<br>(602) 307-9900 |

| | |
|---|---|
| Defendant SNG Tactical, LLC<br><br>*/s/ Christopher Renzulli*<br>Christopher Renzulli (phv)<br>crenzulli@renzullilaw.com<br>Jeffrey Malsch (phv)<br>jmalsch@renzullilaw.com<br>RENZULLI LAW FIRM LLP<br>One North Broadway, Suite 1005<br>White Plains, NY 10601 | |

# **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 27th day of January, 2023, I filed the foregoing using CM/ECF which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Ryan O'Neal, Esq.
DECONCINI MCDONALD YETWIN & LACY, P.C.
2525 E. Broadway Blvd., Suite 200
Tucson, AZ 85716-5300
roneal@dmyl.com
*Attorneys for Plaintiff*

Steve D. Shadowen, Esq. (*Pro Hac Vice*)
Nicholas W. Shadowen, Esq. (*Pro Hac Vice*)
Tina J. Miranda, Esq. (*Pro Hac Vice*)
Deirdre R. Mulligan, Esq. (*Pro Hac Vice*)
SHADOWEN PLLC
1135 W. 6th Street, Suite 125
Austin, TX 78703
sshadowen@shadowenpllc.com
nshadowen@shadowenpllc.com
tmiranda@shadowenpllc.com
dmulligan@shadowenpllc.com
*Attorneys for Plaintiff*

Jonathan E. Lowy, Esq. (*Pro Hac Vice*)
GLOBAL ACTION ON GUN VIOLENCE
1025 Connecticut Avenue NW, #1210
Washington, DC 20036
jlowy@actiononguns.org
*Attorneys for Plaintiff*

William W. Drury, Esq.
RENAUD COOK DRURY MESAROS, PA
One North Central, Ste. 900
Phoenix, AZ 85004-4117
wdrury@rcdmlaw.com
*Attorneys for Defendant Ammo A-Z, LLC*

Anthony Pisciotti, Esq. (*Pro Hac Vice*)
Danny Lallis, Esq. (*Pro Hac Vice*)
Ryan Erdreich, Esq. (*Pro Hac Vice*)
PISCIOTTI LALLIS ERDREICH
30 Columbia Turnpike, Suite 205
Florham Park, NJ 07932
apisciotti@pisciotti.com
dlallis@pisciotti.com
rerdreich@pisciotti.com
*Attorneys for Defendant Ammo A-Z, LLC*

By: */s/ Jeffrey Malsch*