| | | |
|---|---|---|
| 1 | Name | Ryan Erdreich |
| 2 | Bar # | Pro Hac Vice |
|  | Firm | Pisciotti Lallis Erdreich |
| 3 | Address | 30 Columbia Turnpike |
| 4 | | Suite 205 |
| 5 | | Florham Park, NJ 07932 |
|  | Telephone | (973) 245-8100 |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

ESTADOS UNIDOS MEXICANOS )
)
    Plaintiff, )
)
    vs. )    **Case No.** 4:22-cv-00472-CKJ
DIAMONDBACK SHOOTING )
SPORTS, INC., et al. )    **Corporate Disclosure Statement**
)
    Defendant. )
)
)

    This Corporate Disclosure Statement is filed on behalf of AMMO A-Z, LLC in compliance with the provisions of: *(check one)*

    [✓] Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

    [ ] Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

    [ ] Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

**The filing party hereby declares as follows:**

☑ No such corporation.

☐ Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below. *(Attach additional pages if needed.)*

☐ _____Relationship_____

Publicly held corporation, not a party to the case, with a financial interest in the outcome. *List identity of corporation and the nature of financial interest. (Attach additional pages if needed.)*

_____Relationship_____

☐ Other(please explain)

_____
_____

**A supplemental disclosure statement will be filed upon any change in the information provided herein.**

Dated this  9th  day of  February , 2023 .

s/ Ryan Erdreich
_____
Counsel of Record

Certificate of Service:

I HEREBY CERTIFY that on this 9th day of February, 2023, I filed the foregoing using CM/ECF which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Steve D. Shadowen, Esq. (Pro Hac Vice)
Nicholas W. Shadowen, Esq. (Pro Hac Vice)
Tina J. Miranda, Esq. (Pro Hac Vice)
Deirdre R. Mulligan, Esq. (Pro Hac Vice)
SHADOWEN PLLC
1135 W. 6th Street, Suite 125
Austin, TX 78703
sshadowen@shadowenpllc.com
nshadowen@shadowenpllc.com
tmiranda@shadowenpllc.com
dmulligan@shadowenpllc.com
Attorneys for Plaintiff

| | |
|---|---|
| 1 | Ryan O'Neal, Esq. |
| | DECONCINI MCDONALD YETWIN & |
| 2 | LACY, P.C. |
| 3 | 2525 E. Broadway Blvd., Suite 200 |
| | Tucson, AZ 85716-5300 |
| 4 | roneal@dmyl.com |
| 5 | *Attorneys for Plaintiff* |
| 6 | Jonathan E. Lowy, Esq. (*Pro Hac Vice*) |
| | GLOBAL ACTION ON GUN VIOLENCE |
| 7 | 1025 Connecticut Avenue NW, #1210 |
| 8 | Washington, DC 20036 |
| | jlowy@actiononguns.org |
| 9 | *Attorneys for Plaintiff* |
| 10 | |
| 11 | William W. Drury, Esq. |
| | RENAUD COOK DRURY MESAROS, PA |
| 12 | One North Central, Ste. 900 |
| 13 | Phoenix, AZ 85004-4117 |
| | wdrury@rcdmlaw.com |
| 14 | *Attorneys for Defendant Ammo A-Z, LLC* |
| 15 | |
| | Louis W. Horowitz, Esq. |
| 16 | LORBER, GREENFIELD & POLITO, LLP |
| 17 | 3930 E. Ray Road, Suite 260 |
| | Phoenix, AZ 85044 |
| 18 | lhorowitz@lorberlaw.com |
| 19 | *Attorneys for Defendants Diamondback Shooting Sports, Inc.,* |
| | *Loan Prairie, LLC d/b/a The Hub, and Sprague's Sports, Inc.* |
| 20 | |
| 21 | Christopher Renzulli, Esq. (*Pro Hac Vice*) |
| | Jeffrey Malsch, Esq. (*Pro Hac Vice*) |
| 22 | RENZULLI LAW FIRM LLP |
| | One North Broadway, Suite 1005 |
| 23 | White Plains, NY 10601 |
| 24 | crenzulli@renzullilaw.com |
| | jmalsch@renzullilaw.com |
| 25 | *Attorneys for Defendants Diamondback Shooting Sports, Inc.,* |
| 26 | *Loan Prairie, LLC d/b/a The Hub, and Sprague's Sports, Inc.* |
| 27 | By: *s/ Ryan Erdreich* |
| 28 | Ryan L. Erdreich |

-1-