LORBER, GREENFIELD & POLITO, LLP
Louis W. Horowitz, Esq. [S.B. #020842]
3930 E. Ray Road, Suite 260
Phoenix, AZ 85044
TEL: (602) 437-4177
FAX: (602) 437-4180
lhorowitz@lorberlaw.com

RENZULLI LAW FIRM LLP
Christopher Renzulli, Esq. (*Pro Hac Vice*)
Peter Malfa, Esq. *(Pro Hac Vice)*
Jeffrey Malsch, Esq. (*Pro Hac Vice*)
One North Broadway, Suite 1005
White Plains, NY 10601
TEL:  (914) 285-0700
FAX: (914) 285-1213
crenzulli@renzullilaw.com
pmalfa@renzullilaw.com
jmalsch@renzullilaw.com

*Attorneys for Defendants Diamondback Shooting Sports, Inc., Loan Prairie, LLC d/b/a The Hub, and Sprague's Sports, Inc.*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Estados Unidos Mexicanos,<br><br>              Plaintiff,<br><br>v.<br><br>Diamondback Shooting Sports, Inc., an Arizona corporation; SNG Tactical, LLC, an Arizona limited liability company; Loan Prairie, LLC D/B/A The Hub, an Arizona limited liability company; Ammo A-Z, LLC, an Arizona limited liability company; Sprague's Sports, Inc., an Arizona corporation,<br><br>              Defendants. | No.  4:22-cv-00472-TUC-CKJ<br><br>**STIPULATION TO EXTEND TIME TO FILE REPLY BRIEF**<br><br>(First Request) |

The Plaintiff, Estados Unidos Mexicanos, and Defendants, Diamondback Shooting Sports, Inc.; SNG Tactical, LLC; Loan Prairie, LLC d/b/a The Hub; Ammo A-Z, LLC; and Sprague's Sports, Inc. ("Defendants"), hereby agree and stipulate to extend the time for the

Defendants to file a reply brief to the pending Motion to Dismiss (Doc. 18) by 14 days up to and including May 11, 2023.

The Defendants believe that the additional two weeks is needed due to the complexity of the issues presented in Plaintiff's Memorandum of Law in Opposition to Defendants' Motion to Dismiss the Complaint (Doc. 26), including issues related to standing, extraterritoriality, choice of law and RICO. This request for an extension is not intended to unduly delay the case, but solely to provide the Court with a full and clear presentation of all issues.

Dated: April 18, 2023                                    Respectfully submitted,

| Defendants Diamondback Shooting Sports, Inc., Loan Prairie, LLC d/b/a The Hub and Sprague's Sports, Inc. | Defendant, Ammo A-Z, LLC, By its attorneys, |
|---|---|
| */s/Louis W. Horowitz* <br> Louis W. Horowitz <br> LORBER, GREENFIELD & POLITO, LLP <br> 3930 E. Ray Road, Suite 260 <br> Phoenix, AZ 85044 <br><br> and <br><br> Christopher Renzulli (phv) <br> crenzulli@renzullilaw.com <br> Peter Malfa (phv) <br> pmalfa@renzullilaw.com <br> Jeffrey Malsch (phv) <br> jmalsch@renzullilaw.com <br> RENZULLI LAW FIRM LLP <br> One North Broadway, Suite 1005 <br> White Plains, NY 10601 <br> (914) 285-0100 | */s/ Danny Lallis* <br> Danny Lallis (Pro Hac Vice) <br> dlallis@pisciotti.com <br> Anthony Pisciotti (Pro Hac Vice) <br> apisciotti@pisciotti.com <br> Ryan Erdreich (Pro Hac Vice) <br> rerdreich@pisciotti.com <br> PISCIOTTI LALLIS ERDREICH <br> 30 Columbia Turnpike, Suite 205 <br> Florham Park, NJ 07932 <br> (973) 245-8100 <br><br> and <br><br> William W. Drury <br> wdrury@rcdmlaw.com <br> RENAUD COOK DRURY MESAROS, PA <br> One North Central, Ste. 900 <br> Phoenix, AZ 85004-4117 <br> (602) 307-9900 |

LORBER, GREENFIELD & POLITO, LLP
3930 E. Ray Road, Suite 260, Phoenix, AZ 85044
Telephone (602) 437-4177 / Facsimile (602) 437-4180

| | |
|---|---|
| Plaintiff,<br>Estados Unidos Mexicanos<br>By its attorneys,<br>/s/ Ryan O'Neal<br>Ryan O'Neal (AZ # 031919)<br>roneal@dmyl.com<br>DECONCINI MCDONALD YETWIN & LACY, P.C.<br>2525 East Broadway Blvd., Suite 200<br>Tucson, AZ 85716-5300<br>(520) 322-5000<br><br>and<br><br>Steve Shadowen (phv)<br>steve@hillardshadowenlaw.com<br>Tina J. Miranda (phv)<br>tmiranda@hillardshadowenlaw.com<br>SHADOWEN PLLC<br>1135 W. 6th Street, Suite 125<br>Austin, TX 78703<br>(855) 344-3298<br><br>and<br><br>Jonathan E. Lowy (phv)<br>Global Action on Gun Violence<br>1025 Connecticut Avenue NW #1210<br>Washington, DC 20036<br>jlowy@actiononguns.org<br>(202) 415-0691 | Defendant SNG Tactical, LLC<br><br>/s/ Jeffrey Malsch<br>Christopher Renzulli (phv)<br>crenzulli@renzullilaw.com<br>Peter Malfa (phv)<br>pmalfa@renzullilaw.com<br>Jeffrey Malsch (phv)<br>jmalsch@renzullilaw.com<br>RENZULLI LAW FIRM LLP<br>One North Broadway, Suite 1005<br>White Plains, NY 10601<br>(914) 285-0100 |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 18th day of April, 2023, I filed the foregoing with a proposed Order using CM/ECF which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Ryan O'Neal, Esq.
DECONCINI MCDONALD YETWIN & LACY, P.C.
2525 E. Broadway Blvd., Suite 200
Tucson, AZ 85716-5300
roneal@dmyl.com
*Attorneys for Plaintiff*

Steve D. Shadowen, Esq. (*Pro Hac Vice*)
Nicholas W. Shadowen, Esq. (*Pro Hac Vice*)
Tina J. Miranda, Esq. (*Pro Hac Vice*)
Deirdre R. Mulligan, Esq. (*Pro Hac Vice*)
SHADOWEN PLLC
1135 W. 6th Street, Suite 125
Austin, TX 78703
sshadowen@shadowenpllc.com
nshadowen@shadowenpllc.com
tmiranda@shadowenpllc.com
dmulligan@shadowenpllc.com
*Attorneys for Plaintiff*

Jonathan E. Lowy, Esq. (*Pro Hac Vice*)
GLOBAL ACTION ON GUN VIOLENCE
1025 Connecticut Avenue NW, #1210
Washington, DC 20036
jlowy@actiononguns.org
*Attorneys for Plaintiff*

William W. Drury, Esq.
RENAUD COOK DRURY MESAROS, PA
One North Central, Ste. 900
Phoenix, AZ 85004-4117
wdrury@rcdmlaw.com
*Attorneys for Defendant Ammo A-Z, LLC*

Anthony Pisciotti, Esq. (*Pro Hac Vice*)
Danny Lallis, Esq. (*Pro Hac Vice*)
Ryan Erdreich, Esq. (*Pro Hac Vice*)
PISCIOTTI LALLIS ERDREICH
30 Columbia Turnpike, Suite 205
Florham Park, NJ 07932
apisciotti@pisciotti.com
dlallis@pisciotti.com
rerdreich@pisciotti.com
*Attorneys for Defendant Ammo A-Z, LLC*

By: */s/ Jeffrey Malsch*