IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Estados Unidos Mexicanos,<br><br>　　　　Plaintiff,<br>vs.<br><br>Diamondback Shooting Sports, Inc.; SNG Tactical, LLC; Loan Prairie, LLC D/B/A The Hub; Ammo A-Z, LLC; Sprague's Sports, Inc.<br><br>　　　　Defendants. | No. CIV 22-472-TUC-CKJ<br><br>**ORDER** |

　　　　Pursuant to the parties' Stipulation (Doc. 27) and good cause appearing,

　　　　IT IS ORDERED all Defendants have until May 11, 2023 to file a reply brief related to the Joint Motion to Dismiss (Doc. 18).

　　　　DATED this 24th day of April, 2023.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Cindy K. Jorgenson
　　　　　　　　　　　　　　　　　　United States District Judge