IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Estados Unidos Mexicanos,<br><br>      Plaintiff,<br>vs.<br><br>Diamondback Shooting Sports, Inc.; SNG Tactical, LLC; Loan Prairie, LLC D/B/A The Hub; Ammo A-Z, LLC; Sprague's Sports, Inc.<br><br>      Defendants. | No. CIV 22-472-TUC-CKJ<br><br>**ORDER** |

IT IS ORDERED oral argument regarding the Defendants' Motion to Dismiss (Doc. 18) is SET for hearing on June 26, 2023, at 9:00 a.m.

If an attorney seeks to appear telephonically for the hearing, the attorney may call 888-363-4735, with an access code of 3793769, a few minutes before the scheduled start time of the hearing. The attorney shall notify the Court at least five (5) days before the hearing of a telephonic appearance.[1]

DATED this 15th day of May, 2023.

                                                                                    Cindy K. Jorgenson
                                                                                    United States District Judge

---

[1] Chambers may be contacted at 520-205-4550 or jorgenson_chambers@azd.uscourts.gov.