IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Estados Unidos Mexicanos,<br><br>    Plaintiff,<br>vs.<br><br>Diamondback Shooting Sports, Inc.; SNG Tactical, LLC; Loan Prairie, LLC D/B/A The Hub; Ammo A-Z, LLC; Sprague's Sports, Inc.<br><br>    Defendants. | No. CIV 22-472-TUC-CKJ<br><br>**ORDER** |

Pursuant to the Parties' Stipulation to Continue Oral Argument on June 26, 2023 (Doc. 32), and good cause appearing,

IT IS ORDERED the Stipulation (Doc. 32) is adopted and granted. Oral argument regarding the Defendants' Motion to Dismiss (Doc. 18) is RESET for hearing on August 28, 2023, at 10:00 a.m.

If an attorney seeks to appear telephonically for the hearing, the attorney may call 888-363-4735, with an access code of 3793769, a few minutes before the scheduled start time of the hearing. The attorney shall notify the Court at least five (5) days before the hearing of a telephonic appearance.[1]

DATED this 15th day of June, 2023.

*Cindy K. Jorgenson*
Cindy K. Jorgenson
United States District Judge

---

[1] Chambers may be contacted at 520-205-4550 or jorgenson_chambers@azd.uscourts.gov.