

August 24, 2023

**VIA ECF**

Honorable Cindy K. Jorgenson
United States District Court
Evo A. DeConcini U.S. Courthouse
405 West Congress Street, Suite 6180
Tucson, AZ 85701-5052

      Re:    *Estados Unidos Mexicanos v. Diamondback Shooting Sports Inc., et al.*
            *4:22-cv-00472-CKJ*

Dear Judge Jorgenson:

This firm represents four of the defendants in the referenced matter. Oral argument on defendants' joint motion to dismiss plaintiff's Complaint is scheduled for Monday, August 28, 2023, at 10:00 a.m. Lead Counsel for our clients, Christopher Renzulli, has prepared for argument and planned to attend the hearing in person on Monday. Please be advised that due to a sudden personal matter he is not able to present the argument in support of our clients' motion to dismiss on Monday morning in Arizona.

We contacted plaintiff's and co-defendant's counsel to advise them of this situation, and both agreed to adjourn the hearing to the Court's next available date. As such, we respectfully request that the Court reset this hearing due to these unforeseen circumstances. We are happy to coordinate the availability of all counsel with the Court in selecting a new hearing date.

Thank you for your consideration and counsels' understanding.

                            Respectfully submitted,

                            **RENZULLI LAW FIRM, LLP**

                            Jeffrey Malsch

cc:      All counsel of record (via ECF)