IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Estados Unidos Mexicanos,<br><br>      Plaintiff,<br>vs.<br><br>Diamondback Shooting Sports, Inc.; SNG Tactical, LLC; Loan Prairie, LLC D/B/A The Hub; Ammo A-Z, LLC; Sprague's Sports, Inc.<br><br>      Defendants. | No. CIV 22-472-TUC-CKJ<br><br>**ORDER** |

      Pursuant to the *Code of Conduct for United States Judge,* Canons 2 and 3, in order to avoid the appearance of impropriety, and because a judge has a duty to disqualify herself if her impartiality could be reasonably questioned, whether or not such impartiality actually exists, this Court must recuse herself from the above-captioned case. *See also* 28 U.S.C. § 455(b).

      Accordingly, IT IS ORDERED:

      1.    This case is reassigned by random lot to the Honorable Rosemary Márquez.

      2.    Counsel and the parties ***shall*** designate all further filings in this case as:

                      **CV 22-472-TUC-RM**

      DATED this 29th day of August, 2023.

.

                                                        Cindy K. Jorgenson<br>                                                     United States District Judge