DECONCINI MCDONALD YETWIN & LACY, P.C.
2525 EAST BROADWAY BLVD., SUITE 200
TUCSON, AZ 85716-5300
(520) 322-5000

Ryan O'Neal (AZ # 031919)
roneal@dmyl.com
Attorneys for Plaintiff

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Estados Unidos Mexicanos,<br><br>                Plaintiff,<br><br>vs.<br><br>Diamondback Shooting Sports, Inc., an Arizona corporation; SNG Tactical, LLC, an Arizona limited liability company; Loan Prairie, LLC D/B/A The Hub, an Arizona limited liability company; Ammo A-Z, LLC, an Arizona limited liability company; Sprague's Sports, Inc., an Arizona corporation,<br><br>                Defendants. | No. 4:22-cv-00472-TUC-RM |

**PLAINTIFF'S MOTION FOR STATUS CONFERENCE**

Pursuant to Federal Rules of Civil Procedure 16(a)(1), Plaintiff Estados Unidos Mexicanos (the "Government") respectfully requests the Court to convene a status conference at the Court's earliest convenience. At the conference, the Government would like to address, among other things, a schedule for discovery.

In support of this motion, the Government respectfully states:

1. The Government filed its Complaint in the District of Arizona on October 10, 2022.

2. The case was originally assigned to the Honorable Jacqueline M. Rateau.

3. The case was then reassigned to District Judge Cindy K. Jorgenson.

4. On August 11, 2023, Judge Jorgenson recused herself.

5. On August 29, 2023, the case was reassigned to this Court.

6. The Complaint alleges, among other things, that Defendants actively participate in the trafficking of guns to Mexico, violating U.S. and Mexican law; intentionally and recklessly market and advertise guns that defendants know will be obtained by persons for criminal purposes, in violation of the Arizona Consumer Fraud Act ("CFA"); and facilitate drug cartels' efforts to acquire firearms in the United States, in violation of the Racketeer Influenced and Corrupt Organization Act ("RICO"). Defendants' conduct—and the resulting harm to the Government—is severe and ongoing.

7. Among other relief, the Complaint seeks an injunction against Defendants' unlawful, ongoing conduct.

## CONCLUSION

Therefore, the Government respectfully seeks a status conference at the Court's earliest convenience to discuss the present status of this matter.

\>\>

\>\>

\>\>

DeConcini McDonald Yetwin & Lacy, P.C.
2525 East Broadway Blvd., Suite 200
Tucson, AZ 85716-5300

DATED this 11th day of December 2023.

                                                DeConcini McDonald Yetwin & Lacy, P.C.

By: /s/*Ryan O'Neal*
     Ryan O'Neal
     2525 E. Broadway Blvd., Suite 200
     Tucson, AZ 85716-5300
     Attorneys for Plaintiff

| *s/ Steve D. Shadowen* | *s/ Jonathan E. Lowy* |
|---|---|
| Steve D. Shadowen (*pro hac vice*) | Jonathan E. Lowy (*pro hac vice*) |
| Tina J. Miranda (*pro hac vice*) | Global Action on Gun Violence |
| Nicholas W. Shadowen (*pro hac vice*) | 1025 Connecticut Avenue NW |
| SHADOWEN PLLC | #1210 |
| 1135 W. 6th Street, Suite 125 | Washington, DC 20036 |
| Austin, TX 78703 | Phone: (202) 415-0691 |
| Phone: 855-344-3298 | jlowy@actiononguns.org |
| sshadowen@shadowenpllc.com | |
| tmiranda@shadowenpllc.com | |

**CERTIFICATE OF SERVICE**

I, Ryan O'Neal, hereby certify that this document was filed with the Clerk of the Court via CM/ECF. Those attorneys who are registered with the Court's electronic filing systems may access this filing through the Court's CM/ECF system and notice of this filing will be sent to these parties by operation of the Court's electronic filings system.

Dated: December 11, 2023         */s/ Ryan O'Neal*
                                 Ryan O'Neal