IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Estados Unidos Mexicanos,<br><br>    Plaintiff,<br><br>v.<br><br>Diamondback Shooting Sports Incorporated, et al.,<br><br>    Defendants. | No. CV-22-00472-TUC-RM<br><br>**ORDER** |

Plaintiff Estados Unidos Mexicanos initiated this action on October 10, 2022. (Doc. 1.) On August 29, 2023, the case was randomly reassigned to the undersigned after the recusal of the formerly assigned district judge. (Doc. 40.) Defendants' Motion to Dismiss (Doc. 18) is pending before the Court. In light of the pending Motion to Dismiss, Defendants have not yet answered the Complaint. *See* Fed. R. Civ. P. 12(a)(4) (when a party files a motion under Rule 12(b), its responsive pleading is due within 14 days after resolution of the motion, unless the court sets a different time).

On February 22, 2024, the Court held a scheduling conference and hearing on Defendants' pending Motion to Dismiss. (Doc. 47.) In advance of the hearing, the parties filed a Joint Report pursuant to Federal Rule of Civil Procedure 26(f). (Doc. 45.)

The Court finds that this matter is complex within the meaning of Local Rule of Civil Procedure 16.2(b)(4). Given the pending Motion to Dismiss and the complexity of this case, the Court finds good cause for delay in issuance of a scheduling order under Federal Rule of Civil Procedure 16(b)(2).

The Court sets the following deadlines below and will set other deadlines after resolving Defendants' Motion to Dismiss.

**IT IS ORDERED**:

1. If resolution of Defendants' Motion to Dismiss does not result in the dismissal of this action, Defendants shall answer Plaintiff's Complaint within **fourteen (14) days** of resolution of the Motion to Dismiss.

2. Within **twenty-one (21) days** of this Court's resolution of the Motion to Dismiss, the parties shall submit the following:

   - A Joint Notice regarding the number of depositions, interrogatories, and requests for production needed by each side, including brief arguments in support of each side's proposed numbers if agreement cannot be reached;
   - Proposed deposition protocol;
   - Proposed expert discovery protocol;
   - A stipulated proposed protective order governing the discovery of confidential or sensitive materials; and
   - Proposed protocol governing the disclosure of electronically stored information;

   The parties shall meet and confer as necessary to prepare the above submissions. The parties shall also meet and confer regarding the prospects for obtaining permission from the Mexican Central Authority for the Hague Evidence Convention as necessary to depose Mexican citizens and other third country nationals in Mexico.

. . . .
. . . .
. . . .
. . . .
. . . .

3. Initial Disclosures under Federal Rule of Civil Procedure 26(a)(1) are due within **twenty-eight (28) days** from the filing of Defendants' answers.

Dated this 11th day of March, 2024.

_____
Honorable Rosemary Márquez
United States District Judge