PISCIOTTI LALLIS ERDREICH
Danny C. Lallis (*Pro Hac Vice*)
Ryan L. Erdreich (*Pro Hac Vice*)
Anthony M. Pisciotti (*Pro Hac Vice*)
30 Columbia Turnpike, Suite 205
Florham Park, New Jersey 07932
Telephone: (973) 245-8100
dlallis@pisciotti.com
apisciotti@pisciotti.com
rerdreich@pisciotti.com

WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP
Colt B. Dodrill
Brian E. Cieniawski
2231 East Camelback Road, Suite 200
Phoenix, AZ 85016
480.790.9446 (Direct)
480.562.3660 (Main)
colt.dodrill@wilsonelser.com
brian.cieniawski@wilsonelser.com

*Attorneys for Defendant Ammo A-Z, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Estados Unidos Mexicanos,<br><br>Plaintiff,<br><br>*vs.*<br><br>Diamondback Shooting Sports, Inc., an Arizona corporation; SNG Tactical, LLC, an Arizona limited liability company; Loan Prairie, LLC D/B/A The Hub, an Arizona limited liability company; Ammo A-Z, LLC, an Arizona limited liability company; Sprague's Sports, Inc., an Arizona corporation,<br><br>Defendants. | Case No: 4:22-cv-00472-RM<br><br>**DEFENDANT AMMO A-Z, LLC'S ANSWER TO PLAINTIFF'S COMPLAINT AND AFFIRMATIVE DEFENSES**<br><br>Jury trial Demanded |

Defendant Ammo A-Z, LLC, ("AA-Z" or "Defendant") for its Answer to the Complaint of Plaintiff herein, respectfully sets forth as follows:

-1-

## I.  INTRODUCTION

1.      Defendant admits that it is a federally licensed firearms dealer located in Arizona. Defendant denies all remaining allegations directed at it in paragraph "1" of the Complaint and refers all questions of law to this Honorable Court. To the extent the allegations in paragraph "1" of the Complaint are directed to other defendants, AA-Z denies knowledge or information sufficient to form a belief about the truth of such allegations.

2.      Defendant denies all allegations directed at it in paragraph "2" of the Complaint and refers all questions of law to this Honorable Court. To the extent the allegations in paragraph "2" of the Complaint are directed to other defendants, AA-Z denies knowledge or information sufficient to form a belief about the truth of such allegations.

3.      Defendant denies knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations in paragraph "3" of the Plaintiff's Complaint.

4.      Defendant denies knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations in paragraph "4" of the Plaintiff's Complaint.

5.      Defendant denies any allegation of trafficking firearms. Defendant further denies all remaining allegations directed at it in paragraph "5" of the Complaint and refers all questions of law to this Honorable Court. To the extent the allegations in paragraph "5" of the Complaint are directed to other defendants, AA-Z denies knowledge or information sufficient to form a belief about the truth of such allegations.

6.      Defendant denies all allegations directed at it in paragraph "6" of the Complaint and refers all questions of law to this Honorable Court. To the extent the allegations in

paragraph "6" of the Complaint are directed to other defendants, AA-Z denies knowledge or information sufficient to form a belief about the truth of such allegations.

7.      Defendant denies all allegations directed at it in paragraph "7" of the Complaint and refers all questions of law to this Honorable Court. To the extent the allegations in paragraph "7" of the Complaint are directed to other defendants, AA-Z denies knowledge or information sufficient to form a belief about the truth of such allegations.

8.      Defendant denies all allegations directed at it in paragraph "8" of the Complaint and refers all questions of law to this Honorable Court. To the extent the allegations in paragraph "8" of the Complaint are directed to other defendants, AA-Z denies knowledge or information sufficient to form a belief about the truth of such allegations.

9.      Defendant denies all allegations directed at it in paragraph "9" of the Complaint and refers all questions of law to this Honorable Court. To the extent the allegations in paragraph "9" of the Complaint are directed to other defendants, AA-Z denies knowledge or information sufficient to form a belief about the truth of such allegations.

10.     Defendant denies all allegations directed at it in paragraph "10" of the Complaint and refers all questions of law to this Honorable Court. To the extent the allegations in paragraph "10" of the Complaint are directed to other defendants, AA-Z denies knowledge or information sufficient to form a belief about the truth of such allegations.

11.     Defendant denies all allegations directed at it in paragraph "11" of the Complaint and refers all questions of law to this Honorable Court. To the extent the allegations in paragraph "11" of the Complaint are directed to other defendants, AA-Z denies knowledge or information sufficient to form a belief about the truth of such allegations.

12.     Pursuant to this Court's March 25, 2024 Order (ECF Doc. 50), Plaintiff's RICO claims (Counts Nine through Thirteen) and Arizona Consumer Fraud Act claim (Count Seven) were dismissed, and as such, no response to such allegations and/or claims is required. To the extent a response is required, Defendant denies all allegations directed at it in paragraph "12" of the Complaint and refers all questions of law to this Honorable Court. To the extent the allegations in paragraph "12" of the Complaint are directed to other defendants, AA-Z denies knowledge or information sufficient to form a belief about the truth of such allegations.

13.     This paragraph is neither factual nor based in law, but rather asks for a remedy which is improper in this section of the Complaint. As such, Defendant denies all allegations directed at it in paragraph "13" of the Complaint and refers all questions of law to this Honorable Court.

## II.     PARTIES

14.     Defendant admits that Plaintiff is a sovereign nation that shares a border with the United States. Defendant denies all remaining allegations in paragraph "14" of the Complaint and refers all questions of law to this Honorable Court.

15.     Defendant denies knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations in paragraph "15" of the Plaintiff's Complaint.

16.     Defendant denies knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations in paragraph "16" of the Plaintiff's Complaint.

17.     Defendant denies knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations in paragraph "17" of the Plaintiff's Complaint.

18.     Defendant admits that it is a duly licensed and operating Arizona limited liability company. Defendant denies all the remaining allegations in paragraph "18" of the Complaint and refers all questions of law to this Honorable Court.

19.     Defendant denies knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations in paragraph "19" of the Plaintiff's Complaint.

20.     Defendant denies engaging in any unlawful actions. Defendant further denies all the remaining allegations in paragraph "20" of the Complaint and refers all questions of law to this Honorable Court.

### III.     JURISDICTION AND VENUE

21.     Pursuant to this Court's March 25, 2024 Order (ECF Doc. 50), Plaintiff's RICO claims (Counts Nine through Thirteen) were dismissed and cannot for a basis for subject matter jurisdiction. Answering further, Defendant admits there is complete diversity between the Plaintiff and Defendants. Defendant denies all remaining allegations in paragraph "21" of the Complaint and refers all questions of law to this Honorable Court.

22.     Defendant denies that any "events or omissions" committed by it give rise to any claims being brought in this matter. Defendant admits, based on the allegations, that venue is proper.

### IV.   EACH DEFENDANT KNOWINGLY PARTICIPATES IN GUN TRAFFICKING TO MEXICO

23.     Defendant denies all allegations directed at it in paragraph "23" of the Complaint and refers all questions of law to this Honorable Court. To the extent the allegations in paragraph "23" of the Complaint are directed to other defendants, AA-Z denies knowledge or information sufficient to form a belief about the truth of such allegations.

24.     Defendant denies all allegations directed at it in paragraph "24" of the Complaint and refers all questions of law to this Honorable Court. To the extent the allegations in paragraph "24" of the Complaint are directed to other defendants, AA-Z denies knowledge or information sufficient to form a belief about the truth of such allegations.

25.     Defendant denies all allegations directed at it in paragraph "25" of the Complaint and refers all questions of law to this Honorable Court. To the extent the allegations in paragraph "25" of the Complaint are directed to other defendants, AA-Z denies knowledge or information sufficient to form a belief about the truth of such allegations.

26.     Defendant denies knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations in paragraph "26" of the Plaintiff's Complaint.

27.     Defendant denies knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations in paragraph "27" of the Plaintiff's Complaint.

28.     Defendant denies all allegations directed at it in paragraph "28" of the Complaint and refers all questions of law to this Honorable Court. To the extent the allegations in paragraph "28" of the Complaint are directed to other defendants, AA-Z denies knowledge or information sufficient to form a belief about the truth of such allegations.

29.     Defendant denies trafficking any firearms. Defendant further denies all remaining allegations directed at it in paragraph "29" of the Complaint and refers all questions of law to this Honorable Court. To the extent the allegations in paragraph "29" of the Complaint are directed to other defendants, AA-Z denies knowledge or information sufficient to form a belief about the truth of such allegations.

30.     Defendant denies all allegations directed at it in paragraph "30" of the Complaint

and refers all questions of law to this Honorable Court. To the extent the allegations in paragraph "30" of the Complaint are directed to other defendants, AA-Z denies knowledge or information sufficient to form a belief about the truth of such allegations.

31.     Defendant denies all allegations directed at it in paragraph "31" of the Complaint and refers all questions of law to this Honorable Court. To the extent the allegations in paragraph "31" of the Complaint are directed to other defendants, AA-Z denies knowledge or information sufficient to form a belief about the truth of such allegations.

32.     Defendant denies trafficking any firearms. Defendant further denies all remaining allegations directed at it in paragraph "32" of the Complaint and refers all questions of law to this Honorable Court. To the extent the allegations in paragraph "32" of the Complaint are directed to other defendants, AA-Z denies knowledge or information sufficient to form a belief about the truth of such allegations.

33.     Defendant denies trafficking any firearms. Defendant further denies all remaining allegations directed at it in paragraph "33" of the Complaint and refers all questions of law to this Honorable Court. To the extent the allegations in paragraph "33" of the Complaint are directed to other defendants, AA-Z denies knowledge or information sufficient to form a belief about the truth of such allegations.

34.     Defendant denies all allegations directed at it in paragraph "34" of the Complaint and refers all questions of law to this Honorable Court. To the extent the allegations in paragraph "34" of the Complaint are directed to other defendants, AA-Z denies knowledge or information sufficient to form a belief about the truth of such allegations.

35.     Defendant denies all allegations directed at it in paragraph "35" of the Complaint

and refers all questions of law to this Honorable Court. To the extent the allegations in paragraph "35" of the Complaint are directed to other defendants, AA-Z denies knowledge or information sufficient to form a belief about the truth of such allegations.

36.     Defendant denies all allegations directed at it in paragraph "36" of the Complaint and refers all questions of law to this Honorable Court. To the extent the allegations in paragraph "36" of the Complaint are directed to other defendants, AA-Z denies knowledge or information sufficient to form a belief about the truth of such allegations.

37.     Defendant denies all allegations directed at it in paragraph "37" of the Complaint and refers all questions of law to this Honorable Court. To the extent the allegations in paragraph "37" of the Complaint are directed to other defendants, AA-Z denies knowledge or information sufficient to form a belief about the truth of such allegations.

38.     Defendant denies all allegations directed at it in paragraph "38" of the Complaint and refers all questions of law to this Honorable Court. To the extent the allegations in paragraph "38" of the Complaint are directed to other defendants, AA-Z denies knowledge or information sufficient to form a belief about the truth of such allegations.

39.     Defendant denies all allegations directed at it in paragraph "39" of the Complaint and refers all questions of law to this Honorable Court. To the extent the allegations in paragraph "39" of the Complaint are directed to other defendants, AA-Z denies knowledge or information sufficient to form a belief about the truth of such allegations.

40.     Defendant denies all allegations directed at it in paragraph "40" of the Complaint and refers all questions of law to this Honorable Court. To the extent the allegations in paragraph "40" of the Complaint are directed to other defendants, AA-Z denies knowledge

or information sufficient to form a belief about the truth of such allegations.

41.     Pursuant to this Court's March 25, 2024 Order (ECF Doc. 50), Mexican law does not apply to this action herein, and no response is required to the portions of paragraph "41" of the Complaint addressing the application of Mexican law. Answering further, Defendant denies knowingly participating in "straw sales" and denies trafficking firearms. Defendant further denies all remaining allegations directed at it in paragraph "41" of the Complaint and refers all questions of law to this Honorable Court. To the extent the allegations in paragraph "41" of the Complaint are directed to other defendants, AA-Z denies knowledge or information sufficient to form a belief about the truth of such allegations.

42.     Defendant denies that purchasing more than one handgun is an indicator of trafficking as alleged in paragraph "42" of the Complaint. Defendant admits that federal law requires reporting multiple handgun purchases within a five-business day period. Defendant denies all remaining allegations directed at it in paragraph "42" of the Complaint and refers all questions of law to this Honorable Court.

43.     Defendant admits that there are reporting requirements for sales of long guns in certain regions. Defendant denies all remaining allegations directed at it in paragraph "43" of the Complaint and refers all questions of law to this Honorable Court.

44.     Defendant denies trafficking any firearms. Defendant further denies all remaining allegations directed at it in paragraph "44" of the Complaint and refers all questions of law to this Honorable Court.

45.     Defendant denies all allegations directed at it in paragraph "45" of the Complaint and refers all questions of law to this Honorable Court. To the extent the allegations in

paragraph "45" of the Complaint are directed to other defendants, AA-Z denies knowledge or information sufficient to form a belief about the truth of such allegations.

46.     Defendant denies all allegations directed at it in paragraph "46" of the Complaint and refers all questions of law to this Honorable Court.

47.     Defendant denies all allegations directed at it in paragraph "47" of the Complaint and refers all questions of law to this Honorable Court.

48.     Defendant denies trafficking any firearms. Defendant further denies all remaining allegations directed at it in paragraph "48" of the Complaint and refers all questions of law to this Honorable Court. To the extent the allegations in paragraph "48" of the Complaint are directed to other defendants, AA-Z denies knowledge or information sufficient to form a belief about the truth of such allegations.

49.     Defendant denies all allegations directed at it in paragraph "49" of the Complaint and refers all questions of law to this Honorable Court. To the extent the allegations in paragraph "49" of the Complaint are directed to other defendants, AA-Z denies knowledge or information sufficient to form a belief about the truth of such allegations.

50.     Defendant denies trafficking any firearms. Defendant further denies all remaining allegations directed at it in paragraph "50" of the Complaint and refers all questions of law to this Honorable Court. To the extent the allegations in paragraph "49" of the Complaint are directed to other defendants, AA-Z denies knowledge or information sufficient to form a belief about the truth of such allegations.

51.     Defendant denies all allegations directed at it in paragraph "51" of the Complaint and refers all questions of law to this Honorable Court.

52.     Defendant denies making any reckless of unlawful sales of firearms. Defendant does sell modern sporting rifles. Defendant denies all remaining allegations directed at it in paragraph "52" of the Complaint and refers all questions of law to this Honorable Court. To the extent the allegations in paragraph "52" of the Complaint are directed to other defendants, AA-Z denies knowledge or information sufficient to form a belief about the truth of such allegations.

53.     Defendant denies all allegations directed at it in paragraph "53" of the Complaint and refers all questions of law to this Honorable Court. To the extent the allegations in paragraph "53" of the Complaint are directed to other defendants, AA-Z denies knowledge or information sufficient to form a belief about the truth of such allegations.

## V.     EXAMPLES OF SPECIFIC SALES ILLUSTRATE THAT DEFENDANTS' PARTICIPATION IN THE TRAFFICKING IS SYSTEMATIC AND KNOWING.

54.     Defendant denies all allegations directed at it in paragraph "54" of the Complaint and refers all questions of law to this Honorable Court. To the extent the allegations in paragraph "54" of the Complaint are directed to other defendants, AA-Z denies knowledge or information sufficient to form a belief about the truth of such allegations.

55.     Defendant denies all allegations directed at it in paragraph "55" of the Complaint and refers all questions of law to this Honorable Court. To the extent the allegations in paragraph "55" of the Complaint are directed to other defendants, AA-Z denies knowledge or information sufficient to form a belief about the truth of such allegations.

56.     Defendant denies all allegations in paragraph "56" of the Complaint and refers all questions of law to this Honorable Court.

57.     Defendant denies knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations in paragraph "57" of the Plaintiff's Complaint.

58.     Defendant denies knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations in paragraph "58" of the Plaintiff's Complaint.

59.     Defendant denies knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations in paragraph "59" of the Plaintiff's Complaint.

60.     Defendant denies knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations in paragraph "60" of the Plaintiff's Complaint.

61.     Defendant denies knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations in paragraph "61" of the Plaintiff's Complaint.

62.     Defendant denies knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations in paragraph "62" of the Plaintiff's Complaint.

63.     Defendant denies knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations in paragraph "63" of the Plaintiff's Complaint and therefore the allegations and assertions therein are denied.

64.     Defendant denies knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations in paragraph "64" of the Plaintiff's Complaint.

65.     Defendant denies all allegations directed at it in paragraph "65" of the Complaint and refers all questions of law to this Honorable Court. To the extent the allegations in paragraph "65" of the Complaint are directed to other defendants, AA-Z denies knowledge or information sufficient to form a belief about the truth of such allegations.

66.     Defendant denies all allegations in paragraph "66" of the Complaint and refers

all questions of law to this Honorable Court.

67.     Defendant denies knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations in paragraph "67" of the Plaintiff's Complaint.

68.     Defendant denies knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations in paragraph "68" of the Plaintiff's Complaint.

69.     Defendant denies knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations in paragraph "69" of the Plaintiff's Complaint.

70.     Defendant denies knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations in paragraph "70" of the Plaintiff's Complaint.

71.     Defendant denies knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations in paragraph "71" of the Plaintiff's Complaint.

72.     Defendant denies knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations in paragraph "72" of the Plaintiff's Complaint.

73.     Defendant denies knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations in paragraph "73" of the Plaintiff's Complaint.

74.     Defendant denies knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations in paragraph "74" of the Plaintiff's Complaint.

75.     Defendant denies knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations in paragraph "75" of the Plaintiff's Complaint.

76.     Defendant denies knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations in paragraph "76" of the Plaintiff's Complaint.

77.     Defendant denies knowledge or information sufficient to form a belief as to the

295397460v.1

truth or accuracy of the allegations in paragraph "77" of the Plaintiff's Complaint.

78.     Defendant denies knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations in paragraph "78" of the Plaintiff's Complaint.

79.     Defendant denies knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations in paragraph "79" of the Plaintiff's Complaint.

80.     Defendant denies knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations in paragraph "80" of the Plaintiff's Complaint.

81.     Defendant denies all allegations directed at it in paragraph "81" of the Complaint and refers all questions of law to this Honorable Court. To the extent the allegations in paragraph "81" of the Complaint are directed to other defendants, AA-Z denies knowledge or information sufficient to form a belief about the truth of such allegations.

82.     Defendant denies all allegations directed at it in paragraph "82" of the Complaint and refers all questions of law to this Honorable Court. To the extent the allegations in paragraph "82" of the Complaint are directed to other defendants, AA-Z denies knowledge or information sufficient to form a belief about the truth of such allegations.

83.     Defendant denies all allegations directed at it in paragraph "83" of the Complaint and refers all questions of law to this Honorable Court. To the extent the allegations in paragraph "83" of the Complaint are directed to other defendants, AA-Z denies knowledge or information sufficient to form a belief about the truth of such allegations.

84.     Defendant denies all allegations directed at it in paragraph "84" of the Complaint and refers all questions of law to this Honorable Court. To the extent the allegations in paragraph "84" of the Complaint are directed to other defendants, AA-Z denies knowledge

or information sufficient to form a belief about the truth of such allegations.

85.    Defendant denies all allegations directed at it in paragraph "85" of the Complaint and refers all questions of law to this Honorable Court. To the extent the allegations in paragraph "85" of the Complaint are directed to other defendants, AA-Z denies knowledge or information sufficient to form a belief about the truth of such allegations.

86.    Defendant denies knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations in paragraph "86" of the Plaintiff's Complaint.

87.    Defendant denies knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations in paragraph "87" of the Plaintiff's Complaint.

88.    Defendant denies knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations in paragraph "88" of the Plaintiff's Complaint.

89.    Defendant denies all allegations in paragraph "89" of the Complaint and refers all questions of law to this Honorable Court.

90.    Defendant denies all allegations in paragraph "90" of the Complaint and refers all questions of law to this Honorable Court.

91.    Defendant denies knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations directed at it in paragraph "91" of the Plaintiff's Complaint. To the extent the allegations in paragraph "91" of the Complaint are directed at other defendants, AA-Z denies knowledge or information sufficient to form a belief about the truth of such allegations.

92.    Defendant denies all allegations directed at it in paragraph "92" of the Complaint and refers all questions of law to this Honorable Court. To the extent the allegations in

paragraph "92" of the Complaint are directed to other defendants, AA-Z denies knowledge or information sufficient to form a belief about the truth of such allegations.

93.     Defendant denies knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations in paragraph "93" of the Plaintiff's Complaint.

94.     Defendant denies knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations in paragraph "94" of the Plaintiff's Complaint.

95.     Defendant denies knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations in paragraph "95" of the Plaintiff's Complaint.

96.     Defendant denies knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations in paragraph "96" of the Plaintiff's Complaint.

97.     Defendant denies knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations in paragraph "97" of the Plaintiff's Complaint.

98.     Defendant denies knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations in paragraph "98" of the Plaintiff's Complaint.

99.     Defendant denies knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations in paragraph "99" of the Plaintiff's Complaint.

100.    Defendant denies knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations in paragraph "100" of the Plaintiff's Complaint.

101.    Defendant denies knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations in paragraph "101" of the Plaintiff's Complaint.

102.    Defendant denies knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations in paragraph "102" of the Plaintiff's Complaint.

103.    Defendant denies knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations in paragraph "103" of the Plaintiff's Complaint.

104.    Defendant denies knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations in paragraph "104" of the Plaintiff's Complaint.

105.    Defendant denies knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations in paragraph "105" of the Plaintiff's Complaint.

106.    Defendant denies knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations in paragraph "106" of the Plaintiff's Complaint.

107.    Defendant denies knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations in paragraph "107" of the Plaintiff's Complaint.

108.    Defendant denies knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations in paragraph "108" of the Plaintiff's Complaint.

109.    Defendant denies knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations in paragraph "109" of the Plaintiff's Complaint.

110.    Defendant denies knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations in paragraph "110" of the Plaintiff's Complaint.

111.    Defendant denies knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations in paragraph "111" of the Plaintiff's Complaint.

112.    Defendant denies knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations in paragraph "112" of the Plaintiff's Complaint.

113.    Defendant denies all allegations in paragraph "113" of the Complaint and refers all questions of law to this Honorable Court.

114.    Defendant denies knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations in paragraph "114" of the Plaintiff's Complaint.

115.    Defendant denies knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations in paragraph "115" of the Plaintiff's Complaint.

116.    Defendant denies knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations in paragraph "116" of the Plaintiff's Complaint.

117.    Defendant denies all allegations directed at it in paragraph "117" of the Complaint and refers all questions of law to this Honorable Court. To the extent the allegations in paragraph "117" of the Complaint are directed to other defendants, AA-Z denies knowledge or information sufficient to form a belief about the truth of such allegations.

## VI.   DATA CONFIRM THAT DEFENDANTS' PARTICIPATION IN THE TRAFFICKING IS SYSTEMATIC AND KNOWING.

118.    Defendant denies any allegation of trafficking firearms. Defendant further denies all remaining allegations directed at it in paragraph "118" of the Complaint and refers all questions of law to this Honorable Court. To the extent the allegations in paragraph "118" of the Complaint are directed to other defendants, AA-Z denies knowledge or information sufficient to form a belief about the truth of such allegations.

119.    Defendant denies any allegation of trafficking firearms. Defendant further denies all remaining allegations directed at it in paragraph "119" of the Complaint and refers all questions of law to this Honorable Court. To the extent the allegations in paragraph "119" of the Complaint are directed to other defendants, AA-Z denies knowledge or information sufficient to form a belief about the truth of such allegations.

120.    Defendant denies any allegation of trafficking firearms. Defendant further denies all remaining allegations directed at it in paragraph "120" of the Complaint and refers all questions of law to this Honorable Court. To the extent the allegations in paragraph "120" of the Complaint are directed to other defendants, AA-Z denies knowledge or information sufficient to form a belief about the truth of such allegations.

121.    Defendant denies any allegation of trafficking firearms. Defendant further denies all remaining allegations directed at it in paragraph "121" of the Complaint and refers all questions of law to this Honorable Court. To the extent the allegations in paragraph "121" of the Complaint are directed to other defendants, AA-Z denies knowledge or information sufficient to form a belief about the truth of such allegations.

122.    Defendant denies any allegation of trafficking firearms. Defendant further denies all remaining allegations directed at it in paragraph "122" of the Complaint and refers all questions of law to this Honorable Court. To the extent the allegations in paragraph "122" of the Complaint are directed to other defendants, AA-Z denies knowledge or information sufficient to form a belief about the truth of such allegations.

123.    Defendant denies all allegations directed at it in paragraph "123" of the Complaint and refers all questions of law to this Honorable Court. To the extent the allegations in paragraph "123" of the Complaint are directed to other defendants, AA-Z denies knowledge or information sufficient to form a belief about the truth of such allegations.

124.    Defendant denies all allegations directed at it in paragraph "124" of the Complaint and refers all questions of law to this Honorable Court. To the extent the allegations in paragraph "124" of the Complaint are directed to other defendants, AA-Z denies

knowledge or information sufficient to form a belief about the truth of such allegations.

## VII.   EACH DEFENDANT HAS VIOLATED ITS LEGAL DUTIES TO SELL ITS GUNS SAFELY AND AVOID ARMING CRIMINALS IN MEXICO.

125.   Defendant denies all allegations directed at it in paragraph "125" of the Complaint and refers all questions of law to this Honorable Court. To the extent the allegations in paragraph "125" of the Complaint are directed to other defendants, AA-Z denies knowledge or information sufficient to form a belief about the truth of such allegations.

126.   Defendant denies all allegations directed at it in paragraph "126" of the Complaint and refers all questions of law to this Honorable Court. To the extent the allegations in paragraph "126" of the Complaint are directed to other defendants, AA-Z denies knowledge or information sufficient to form a belief about the truth of such allegations.

127.   Defendant denies all allegations directed at it in paragraph "127" of the Complaint and refers all questions of law to this Honorable Court. To the extent the allegations in paragraph "127" of the Complaint are directed to other defendants, AA-Z denies knowledge or information sufficient to form a belief about the truth of such allegations.

128.   Defendant denies all allegations directed at it in paragraph "128" of the Complaint and refers all questions of law to this Honorable Court. To the extent the allegations in paragraph "128" of the Complaint are directed to other defendants, AA-Z denies knowledge or information sufficient to form a belief about the truth of such allegations.

129.   Defendant denies all allegations directed at it in paragraph "129" of the Complaint and refers all questions of law to this Honorable Court. To the extent the allegations in paragraph "129" of the Complaint are directed to other defendants, AA-Z denies knowledge or information sufficient to form a belief about the truth of such allegations.

295397460v.1

130.   Defendant denies all allegations directed at it in paragraph "130" of the Complaint and refers all questions of law to this Honorable Court. To the extent the allegations in paragraph "130" of the Complaint are directed to other defendants, AA-Z denies knowledge or information sufficient to form a belief about the truth of such allegations.

131.   Defendant denies all allegations directed at it in paragraph "131" of the Complaint and refers all questions of law to this Honorable Court. To the extent the allegations in paragraph "131" of the Complaint are directed to other defendants, AA-Z denies knowledge or information sufficient to form a belief about the truth of such allegations.

132.   Defendant admits the basic premise of this paragraph; to the extent any of the assertions are incorrect or taken out of context, Defendant denies those allegations in paragraph "132" of the Complaint.

133.   Defendant denies assisting or concealing anyone's unlawful dealing in firearms as alleged in paragraph "133" of the Complaint. To the extent the allegations in paragraph "133" of the Complaint are directed to other defendants, AA-Z denies knowledge or information sufficient to form a belief about the truth of such allegations.

134.   Defendant denies all allegations directed at it in paragraph "134" of the Complaint and refers all questions of law to this Honorable Court. To the extent the allegations in paragraph "134" of the Complaint are directed to other defendants, AA-Z denies knowledge or information sufficient to form a belief about the truth of such allegations.

135.   Defendant denies all allegations directed at it in paragraph "135" of the Complaint and refers all questions of law to this Honorable Court. To the extent the allegations in paragraph "135" of the Complaint are directed to other defendants, AA-Z denies

knowledge or information sufficient to form a belief about the truth of such allegations.

136.    Defendant denies that the National Shooting Sports Foundation sets a "standard" through its "Don't Lie for the Other Guy" materials.  Defendant denies all remaining allegations directed at it in paragraph "136" of the Complaint and refers all questions of law to this Honorable Court. To the extent the allegations in paragraph "136" of the Complaint are directed to other defendants, AA-Z denies knowledge or information sufficient to form a belief about the truth of such allegations.

137.    Defendant admits the basic premise of the assertions in paragraph "137" of the Complaint.

138.    Defendant admits the assertions in paragraph "138" of the Complaint.

139.    Defendant states that the referenced statutes and regulations in paragraph "139" speak for themselves, Defendant lacks knowledge or information sufficient to form a belief as to why such laws were enacted, and refers all questions of law to this Honorable Court. Defendant further states that BATFE has at times instructed dealers to sell firearms under such situations, as in Operation Fast and Furious.

140.    Defendant states that the referenced statutes and regulations in paragraph "140" speak for themselves and refers all questions of law to this Honorable Court.

141.    Defendant states that the referenced statutes and regulations in paragraph "141" speak for themselves and refers all questions of law to this Honorable Court.

142.    Defendant states that the referenced statutes and regulations in paragraph "142" speak for themselves and refers all questions of law to this Honorable Court.

143.    Defendant states that the referenced statutes and regulations in paragraph "143" speak for themselves and refers all questions of law to this Honorable Court.

144.    Defendant denies selling firearms unlawfully or trafficking firearms. Defendant further denies the remaining allegations in paragraph "144" of the Complaint and refers all questions of law to this Honorable Court.

145.    Defendant states that the referenced statutes and regulations in paragraph "145" speak for themselves, and refers all questions of law to this Honorable Court.

146.    Defendant denies all allegations directed at it in paragraph "146" of the Complaint and refers all questions of law to this Honorable Court. To the extent the allegations in paragraph "146" of the Complaint are directed to other defendants, AA-Z denies knowledge or information sufficient to form a belief about the truth of such allegations. To the extent the allegations in paragraph "136" of the Complaint are directed to other defendants, AA-Z denies knowledge or information sufficient to form a belief about the truth of such allegations.

147.    Pursuant to this Court's March 25, 2024 Order (ECF Doc. 50), Mexican law does not apply to this action herein, and no response is required to the portions of paragraph "147" of the Complaint addressing the application of Mexican law. Answering further, Defendant denies knowledge of all allegations in paragraph "147" of the Complaint and refers all questions of law to this Honorable Court.

148.    Pursuant to this Court's March 25, 2024 Order (ECF Doc. 50), Mexican law does not apply to this action herein, and no response is required to the portions of paragraph "148" of the Complaint addressing the application of Mexican law. Answering further, Defendant denies

knowledge of all allegations in paragraph "148" of the Complaint and refers all questions of law to this Honorable Court.

149.    Pursuant to this Court's March 25, 2024 Order (ECF Doc. 50), Mexican law does not apply to this action herein, and no response is required to the portions of paragraph "149" of the Complaint addressing the application of Mexican law. Answering further, Defendant denies knowledge of all allegations in paragraph "149" of the Complaint and refers all questions of law to this Honorable Court.

150.    Pursuant to this Court's March 25, 2024 Order (ECF Doc. 50), Mexican law does not apply to this action herein, and no response is required to the portions of paragraph "150" of the Complaint addressing the application of Mexican law. Answering further, Defendant denies aiding and abetting and trafficking. Defendant further denies knowledge of the other allegations in paragraph "150" of the Complaint and refers all questions of law to this Honorable Court.

151.    Pursuant to this Court's March 25, 2024 Order (ECF Doc. 50), Mexican law does not apply to this action herein, and no response is required to the portions of paragraph "151" of the Complaint addressing the application of Mexican law. Answering further, Defendant denies knowledge of all allegations in paragraph "151" of the Complaint and refers all questions of law to this Honorable Court.

152.    Pursuant to this Court's March 25, 2024 Order (ECF Doc. 50), Mexican law does not apply to this action herein, and no response is required to the portions of paragraph "152" of the Complaint addressing the application of Mexican law. Answering further, Defendant denies knowledge of all allegations in paragraph "152" of the Complaint and refers all questions of

law to this Honorable Court.

153.    Pursuant to this Court's March 25, 2024 Order (ECF Doc. 50), Mexican law does not apply to this action herein, and no response is required to the portions of paragraph "153" of the Complaint addressing the application of Mexican law. Answering further, Defendant denies knowledge of all allegations in paragraph "153" of the Complaint and refers all questions of law to this Honorable Court.

154.    Defendant admits the general statement in paragraph "154" of the Complaint.

155.    Defendant denies knowledge of all allegations in paragraph "155" of the Complaint and refers all questions of law to this Honorable Court.

156.    Defendant denies knowledge of all allegations in paragraph "156" of the Complaint and refers all questions of law to this Honorable Court.

157.    Defendant denies exporting any firearms. Defendant further denies knowledge of all allegations in paragraph "157" of the Complaint and refers all questions of law to this Honorable Court.

158.    Defendant denies exporting any firearms or aiding and abetting exporting of firearms. Defendant further denies knowledge of the remaining allegations in paragraph "158" of the Complaint and refers all questions of law to this Honorable Court.

159.    Defendant denies smuggling firearms. Defendant further denies the remaining allegations in paragraph "159" of the Complaint and refers all questions of law to this Honorable Court.

160.    Defendant denies knowledge of the actions of non-party "drug cartels" and further denies smuggling or conspiring to smuggle firearms as alleged in paragraph "160" of

the Complaint and refers all questions of law to this Honorable Court. Defendant further denies the alleged interpretation of the statute referenced.

161.    Defendant denies all allegations in paragraph "161" of the Complaint and refers all questions of law to this Honorable Court.

162.    Defendant denies all allegations in paragraph "162" of the Complaint and refers all questions of law to this Honorable Court.

163.    Pursuant to this Court's March 25, 2024 Order (ECF Doc. 50), Mexican law does not apply to this action herein, and no response is required to the portions of paragraph "163" of the Complaint addressing the application of Mexican law. Answering further, Defendant denies all allegations in paragraph "163" of the Complaint and refers all questions of law to this Honorable Court.

164.    Pursuant to this Court's March 25, 2024 Order (ECF Doc. 50), Mexican law does not apply to this action herein, and no response is required to the portions of paragraph "164" of the Complaint addressing the application of Mexican law. Answering further, Defendant denies all allegations in paragraph "164" of the Complaint and refers all questions of law to this Honorable Court.

165.    Pursuant to this Court's March 25, 2024 Order (ECF Doc. 50), Mexican law does not apply to this action herein, and no response is required to the portions of paragraph "165" of the Complaint addressing the application of Mexican law. Answering further, Defendant denies all allegations in paragraph "165" of the Complaint and refers all questions of law to this Honorable Court.

166.    Pursuant to this Court's March 25, 2024 Order (ECF Doc. 50), Mexican law does

not apply to this action herein, and no response is required to the portions of paragraph "166" of the Complaint addressing the application of Mexican law. Answering further, Defendant denies all allegations in paragraph "166" of the Complaint and refers all questions of law to this Honorable Court.

167.    Defendant denies supplying any criminal market. Defendant further denies the remaining allegations directed at it in paragraph "167" of the Complaint and refers all questions of law to this Honorable Court. To the extent the allegations in paragraph "167" of the Complaint are directed to other defendants, AA-Z denies knowledge or information sufficient to form a belief about the truth of such allegations.

168.    Pursuant to this Court's March 25, 2024 Order (ECF Doc. 50), Mexican law does not apply to this action herein, and no response is required to the portions of paragraph "168" of the Complaint addressing the application of Mexican law. Answering further, Defendant denies all allegations in paragraph "168" of the Complaint, including all sub-parts, and refers all questions of law to this Honorable Court.

169.    Defendant denies all allegations directed at it in paragraph "169" of the Complaint and refers all questions of law to this Honorable Court. To the extent the allegations in paragraph "169" of the Complaint are directed to other defendants, AA-Z denies knowledge or information sufficient to form a belief about the truth of such allegations.

170.    Pursuant to this Court's March 25, 2024 Order (ECF Doc. 50), Mexican law does not apply to this action herein, and no response is required to the portions of paragraph "170" of the Complaint addressing the application of Mexican law. Answering further, Defendant denies all allegations in paragraph "170" of the Complaint and refers all questions of law to this

Honorable Court.

171.    Pursuant to this Court's March 25, 2024 Order (ECF Doc. 50), Mexican law does not apply to this action herein, and no response is required to the portions of paragraph "171" of the Complaint addressing the application of Mexican law. Answering further, Defendant denies all allegations in paragraph "171" of the Complaint and refers all questions of law to this Honorable Court.

172.    Defendant denies all allegations directed at it in paragraph "172" of the Complaint and refers all questions of law to this Honorable Court.

173.    Defendant denies all allegations directed at it in paragraph "173" of the Complaint and refers all questions of law to this Honorable Court.

174.    Defendant denies all allegations directed at it in paragraph "174" of the Complaint and refers all questions of law to this Honorable Court. To the extent the allegations in paragraph "174" of the Complaint are directed to other defendants, AA-Z denies knowledge or information sufficient to form a belief about the truth of such allegations.

175.    Defendant denies engaging in willful blindness. Defendant further denies the remaining allegations directed at it in paragraph "175" of the Complaint and refers all questions of law to this Honorable Court.

176.    Defendant denies all allegations directed at it in paragraph "176" of the Complaint and refers all questions of law to this Honorable Court. To the extent the allegations in paragraph "176" of the Complaint are directed to other defendants, AA-Z denies knowledge or information sufficient to form a belief about the truth of such allegations.

177.    Defendant denies all allegations directed at it in paragraph "177" of the

Complaint and refers all questions of law to this Honorable Court. To the extent the allegations in paragraph "177" of the Complaint are directed to other defendants, AA-Z denies knowledge or information sufficient to form a belief about the truth of such allegations.

178.   Defendant denies all allegations directed at it in paragraph "178" of the Complaint and refers all questions of law to this Honorable Court. To the extent the allegations in paragraph "178" of the Complaint are directed to other defendants, AA-Z denies knowledge or information sufficient to form a belief about the truth of such allegations.

## VIII.   EACH DEFENDANT KNOWINGLY PARTICIPATES IN RACKETEERING ACTIVITIES.

179.   Pursuant to this Court's March 25, 2024 Order (ECF Doc. 50), these allegations were dismissed. Notwithstanding, Defendant denies all allegations in paragraph "179" of the Complaint and refers all questions of law to this Honorable Court.

180.   Pursuant to this Court's March 25, 2024 Order (ECF Doc. 50), these allegations were dismissed. Notwithstanding, Defendant denies all allegations in paragraph "180" of the Complaint and refers all questions of law to this Honorable Court.

181.   Pursuant to this Court's March 25, 2024 Order (ECF Doc. 50), these allegations were dismissed. Notwithstanding, Defendant denies all allegations in paragraph "181" of the Complaint and refers all questions of law to this Honorable Court.

182.   Pursuant to this Court's March 25, 2024 Order (ECF Doc. 50), these allegations were dismissed. Notwithstanding, Defendant denies all allegations in paragraph "182" of the Complaint and refers all questions of law to this Honorable Court.

183.   Pursuant to this Court's March 25, 2024 Order (ECF Doc. 50), these allegations were dismissed. Notwithstanding, Defendant denies all allegations in paragraph "183" of the

295397460v.1

Complaint and refers all questions of law to this Honorable Court.

184.   Pursuant to this Court's March 25, 2024 Order (ECF Doc. 50), these allegations were dismissed. Notwithstanding, Defendant denies all allegations in paragraph "184" of the Complaint and refers all questions of law to this Honorable Court.

185.   Pursuant to this Court's March 25, 2024 Order (ECF Doc. 50), these allegations were dismissed. Notwithstanding, Defendant denies all allegations in paragraph "185" of the Complaint and refers all questions of law to this Honorable Court.

186.   Pursuant to this Court's March 25, 2024 Order (ECF Doc. 50), these allegations were dismissed. Notwithstanding, Defendant denies all allegations in paragraph "186" of the Complaint and refers all questions of law to this Honorable Court.

187.   Pursuant to this Court's March 25, 2024 Order (ECF Doc. 50), these allegations were dismissed. Notwithstanding, Defendant denies all allegations in paragraph "187" of the Complaint and refers all questions of law to this Honorable Court.

188.   Pursuant to this Court's March 25, 2024 Order (ECF Doc. 50), these allegations were dismissed. Notwithstanding, Defendant denies all allegations in paragraph "188" of the Complaint and refers all questions of law to this Honorable Court.

189.   Pursuant to this Court's March 25, 2024 Order (ECF Doc. 50), these allegations were dismissed. Notwithstanding, Defendant denies all allegations in paragraph "189" of the Complaint and refers all questions of law to this Honorable Court.

190.   Pursuant to this Court's March 25, 2024 Order (ECF Doc. 50), these allegations were dismissed. Notwithstanding, Defendant denies all allegations in paragraph "190" of the Complaint and refers all questions of law to this Honorable Court.

191.   Pursuant to this Court's March 25, 2024 Order (ECF Doc. 50), these allegations were dismissed. Notwithstanding, Defendant denies knowledge of the allegations in paragraph "191" of the Complaint and refers all questions of law to this Honorable Court.

192.   Pursuant to this Court's March 25, 2024 Order (ECF Doc. 50), these allegations were dismissed. Notwithstanding, Defendant denies all allegations in paragraph "192" of the Complaint and refers all questions of law to this Honorable Court.

193.   Pursuant to this Court's March 25, 2024 Order (ECF Doc. 50), these allegations were dismissed. Notwithstanding, Defendant denies all allegations in paragraph "193" of the Complaint and refers all questions of law to this Honorable Court.

194.   Pursuant to this Court's March 25, 2024 Order (ECF Doc. 50), these allegations were dismissed. Notwithstanding, Defendant denies all allegations in paragraph "194" of the Complaint and refers all questions of law to this Honorable Court.

195.   Pursuant to this Court's March 25, 2024 Order (ECF Doc. 50), these allegations were dismissed. Notwithstanding, Defendant denies all allegations in paragraph "195" of the Complaint and refers all questions of law to this Honorable Court.

196.   Pursuant to this Court's March 25, 2024 Order (ECF Doc. 50), these allegations were dismissed. Notwithstanding, Defendant denies all allegations in paragraph "196" of the Complaint and refers all questions of law to this Honorable Court.

197.   Pursuant to this Court's March 25, 2024 Order (ECF Doc. 50), these allegations were dismissed. Notwithstanding, Defendant denies all allegations in paragraph "197" of the Complaint and refers all questions of law to this Honorable Court.

198.   Pursuant to this Court's March 25, 2024 Order (ECF Doc. 50), these allegations

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

were dismissed. Notwithstanding, Defendant denies all allegations in paragraph "198" of the Complaint and refers all questions of law to this Honorable Court.

199.   Pursuant to this Court's March 25, 2024 Order (ECF Doc. 50), these allegations were dismissed. Notwithstanding, Defendant denies all allegations in paragraph "199" of the Complaint and refers all questions of law to this Honorable Court.

200.   Pursuant to this Court's March 25, 2024 Order (ECF Doc. 50), these allegations were dismissed. Notwithstanding, Defendant denies all allegations in paragraph "200" of the Complaint and refers all questions of law to this Honorable Court.

201.   Pursuant to this Court's March 25, 2024 Order (ECF Doc. 50), these allegations were dismissed. Notwithstanding, Defendant denies all allegations in paragraph "201" of the Complaint and refers all questions of law to this Honorable Court.

202.   Pursuant to this Court's March 25, 2024 Order (ECF Doc. 50), these allegations were dismissed. Notwithstanding, Defendant denies all allegations in paragraph "202" of the Complaint and refers all questions of law to this Honorable Court.

203.   Pursuant to this Court's March 25, 2024 Order (ECF Doc. 50), these allegations were dismissed. Notwithstanding, Defendant denies trafficking of firearms; and further denies the remaining  allegations in paragraph "203" of the Complaint and refers all questions of law to this Honorable Court.

204.   Pursuant to this Court's March 25, 2024 Order (ECF Doc. 50), these allegations were dismissed. Notwithstanding, Defendant denies all allegations in paragraph "204" of the Complaint and refers all questions of law to this Honorable Court.

205.   Pursuant to this Court's March 25, 2024 Order (ECF Doc. 50), these allegations

295397460v.1

were dismissed. Notwithstanding, Defendant denies all allegations in paragraph "205" of the Complaint and refers all questions of law to this Honorable Court.

206.   Pursuant to this Court's March 25, 2024 Order (ECF Doc. 50), these allegations were dismissed. Notwithstanding, Defendant denies all allegations in paragraph "206" of the Complaint and refers all questions of law to this Honorable Court.

207.   Pursuant to this Court's March 25, 2024 Order (ECF Doc. 50), these allegations were dismissed. Notwithstanding, Defendant denies all allegations in paragraph "207" of the Complaint and refers all questions of law to this Honorable Court.

208.   Pursuant to this Court's March 25, 2024 Order (ECF Doc. 50), these allegations were dismissed. Notwithstanding, Defendant denies all allegations in paragraph "208" of the Complaint and refers all questions of law to this Honorable Court.

209.   Pursuant to this Court's March 25, 2024 Order (ECF Doc. 50), these allegations were dismissed. Notwithstanding, Defendant denies all allegations in paragraph "209" of the Complaint and refers all questions of law to this Honorable Court.

210.   Pursuant to this Court's March 25, 2024 Order (ECF Doc. 50), these allegations were dismissed. Notwithstanding, Defendant denies all allegations in paragraph "210" of the Complaint and refers all questions of law to this Honorable Court.

211.   Pursuant to this Court's March 25, 2024 Order (ECF Doc. 50), these allegations were dismissed. Notwithstanding, Defendant denies all allegations in paragraph "211" of the Complaint and refers all questions of law to this Honorable Court.

212.   Pursuant to this Court's March 25, 2024 Order (ECF Doc. 50), these allegations were dismissed. Notwithstanding, Defendant denies all allegations in paragraph "212" of the

Complaint and refers all questions of law to this Honorable Court.

213.   Pursuant to this Court's March 25, 2024 Order (ECF Doc. 50), these allegations were dismissed. Notwithstanding, Defendant denies all allegations in paragraph "213" of the Complaint and refers all questions of law to this Honorable Court.

214.   Pursuant to this Court's March 25, 2024 Order (ECF Doc. 50), these allegations were dismissed. Notwithstanding, Defendant denies all allegations in paragraph "214" of the Complaint and refers all questions of law to this Honorable Court.

215.   Pursuant to this Court's March 25, 2024 Order (ECF Doc. 50), these allegations were dismissed. Notwithstanding, Defendant denies all allegations in paragraph "215" of the Complaint and refers all questions of law to this Honorable Court.

216.   Pursuant to this Court's March 25, 2024 Order (ECF Doc. 50), these allegations were dismissed. Notwithstanding, Defendant denies all allegations in paragraph "216" of the Complaint and refers all questions of law to this Honorable Court.

## IX.   EACH DEFENDANT VIOLATES THE CONSUMER FRAUD STATUTE.

217.   Pursuant to this Court's March 25, 2024 Order (ECF Doc. 50), these allegations were dismissed. Notwithstanding, Defendant denies all allegations in paragraph "217" of the Complaint and refers all questions of law to this Honorable Court.

218.   Pursuant to this Court's March 25, 2024 Order (ECF Doc. 50), these allegations were dismissed. Notwithstanding, Defendant denies all allegations in paragraph "218" of the Complaint and refers all questions of law to this Honorable Court.

219.   Pursuant to this Court's March 25, 2024 Order (ECF Doc. 50), these allegations were dismissed. Notwithstanding, Defendant denies knowledge of the allegations in

paragraph "219" of the Complaint and refers all questions of law to this Honorable Court.

220.    Pursuant to this Court's March 25, 2024 Order (ECF Doc. 50), these allegations were dismissed. Notwithstanding, Defendant denies knowledge of the allegations in paragraph "220" of the Complaint and refers all questions of law to this Honorable Court.

221.    Pursuant to this Court's March 25, 2024 Order (ECF Doc. 50), these allegations were dismissed. Notwithstanding, Defendant denies knowledge of the allegations in paragraph "221" of the Complaint and refers all questions of law to this Honorable Court.

222.    Pursuant to this Court's March 25, 2024 Order (ECF Doc. 50), these allegations were dismissed. Notwithstanding, Defendant denies knowledge of the allegations in paragraph "222" of the Complaint and refers all questions of law to this Honorable Court.

223.    Pursuant to this Court's March 25, 2024 Order (ECF Doc. 50), these allegations were dismissed. Notwithstanding, Defendant denies knowledge of the allegations in paragraph "223" of the Complaint and refers all questions of law to this Honorable Court.

224.    Pursuant to this Court's March 25, 2024 Order (ECF Doc. 50), these allegations were dismissed. Notwithstanding, Defendant denies knowledge of the allegations in paragraph "224" of the Complaint and refers all questions of law to this Honorable Court.

225.    Pursuant to this Court's March 25, 2024 Order (ECF Doc. 50), these allegations were dismissed. Notwithstanding, Defendant denies knowledge of the allegations in paragraph "225" of the Complaint and refers all questions of law to this Honorable Court.

226.    Pursuant to this Court's March 25, 2024 Order (ECF Doc. 50), these allegations were dismissed. Notwithstanding, Defendant denies all allegations in paragraph "226" of the Complaint and refers all questions of law to this Honorable Court.

227.     Pursuant to this Court's March 25, 2024 Order (ECF Doc. 50), these allegations were dismissed. Notwithstanding, Defendant denies all allegations in paragraph "227" of the Complaint and refers all questions of law to this Honorable Court.

228.     Pursuant to this Court's March 25, 2024 Order (ECF Doc. 50), these allegations were dismissed. Notwithstanding, Defendant denies all allegations in paragraph "228" of the Complaint and refers all questions of law to this Honorable Court.

229.     Pursuant to this Court's March 25, 2024 Order (ECF Doc. 50), these allegations were dismissed. Notwithstanding, Defendant denies knowledge of the allegations in paragraph "229" of the Complaint and refers all questions of law to this Honorable Court.

230.     Pursuant to this Court's March 25, 2024 Order (ECF Doc. 50), these allegations were dismissed. Notwithstanding, Defendant denies knowledge of the allegations in paragraph "230" of the Complaint and refers all questions of law to this Honorable Court.

231.     Pursuant to this Court's March 25, 2024 Order (ECF Doc. 50), these allegations were dismissed. Notwithstanding, Defendant denies knowledge of the allegations in paragraph "231" of the Complaint and refers all questions of law to this Honorable Court.

232.     Pursuant to this Court's March 25, 2024 Order (ECF Doc. 50), these allegations were dismissed. Notwithstanding, Defendant denies knowledge of the allegations in paragraph "232" of the Complaint and refers all questions of law to this Honorable Court.

233.     Pursuant to this Court's March 25, 2024 Order (ECF Doc. 50), these allegations were dismissed. Notwithstanding, Defendant denies knowledge of the allegations in paragraph "233" of the Complaint and refers all questions of law to this Honorable Court.

234.    Pursuant to this Court's March 25, 2024 Order (ECF Doc. 50), these allegations were dismissed. Notwithstanding, Defendant denies all allegations in paragraph "234" of the Complaint and refers all questions of law to this Honorable Court.

## X.    EACH DEFENDANT HAS INFLICTED MASSIVE HARM ON THE GOVERNMENT AND ITS CITIZENS.

235.    Defendant denies all allegations directed at it in paragraph "235" of the Complaint and refers all questions of law to this Honorable Court. To the extent the allegations in paragraph "235" of the Complaint are directed to other defendants, AA-Z denies knowledge or information sufficient to form a belief about the truth of such allegations.

236.    Defendant denies all allegations directed at it in paragraph "236" of the Complaint and refers all questions of law to this Honorable Court. To the extent the allegations in paragraph "236" of the Complaint are directed to other defendants, AA-Z denies knowledge or information sufficient to form a belief about the truth of such allegations.

237.    Defendant denies all allegations directed at it in paragraph "237" of the Complaint and refers all questions of law to this Honorable Court. To the extent the allegations in paragraph "237" of the Complaint are directed to other defendants, AA-Z denies knowledge or information sufficient to form a belief about the truth of such allegations.

238.    Defendant denies all allegations directed at it in paragraph "238" of the Complaint and refers all questions of law to this Honorable Court. To the extent the allegations in paragraph "238" of the Complaint are directed to other defendants, AA-Z denies knowledge or information sufficient to form a belief about the truth of such allegations.

239.    Defendant denies all allegations directed at it in paragraph "239" of the Complaint and refers all questions of law to this Honorable Court. To the extent the allegations

in paragraph "239" of the Complaint are directed to other defendants, AA-Z denies knowledge or information sufficient to form a belief about the truth of such allegations.

240.    Defendant denies all allegations directed at it in paragraph "240" of the Complaint and refers all questions of law to this Honorable Court. To the extent the allegations in paragraph "240" of the Complaint are directed to other defendants, AA-Z denies knowledge or information sufficient to form a belief about the truth of such allegations.

241.    Defendant denies all allegations directed at it in paragraph "241" of the Complaint and refers all questions of law to this Honorable Court. To the extent the allegations in paragraph "241" of the Complaint are directed to other defendants, AA-Z denies knowledge or information sufficient to form a belief about the truth of such allegations.

242.    Defendant denies all allegations directed at it in paragraph "242" of the Complaint and refers all questions of law to this Honorable Court. To the extent the allegations in paragraph "242" of the Complaint are directed to other defendants, AA-Z denies knowledge or information sufficient to form a belief about the truth of such allegations.

243.    Defendant denies all allegations in paragraph "243" of the Complaint and refers all questions of law to this Honorable Court.

244.    Defendant denies all allegations in paragraph "244" of the Complaint and refers all questions of law to this Honorable Court.

245.    Defendant denies all allegations in paragraph "245" of the Complaint and refers all questions of law to this Honorable Court.

246.    Defendant denies all allegations in paragraph "246" of the Complaint and refers all questions of law to this Honorable Court.

295397460v.1

247.    Defendant denies all allegations directed at it in paragraph "247" of the Complaint and refers all questions of law to this Honorable Court. To the extent the allegations in paragraph "247" of the Complaint are directed to other defendants, AA-Z denies knowledge or information sufficient to form a belief about the truth of such allegations.

248.    Defendant denies all allegations directed at it in paragraph "248" of the Complaint and refers all questions of law to this Honorable Court. To the extent the allegations in paragraph "248" of the Complaint are directed to other defendants, AA-Z denies knowledge or information sufficient to form a belief about the truth of such allegations.

249.    Defendant denies all allegations directed at it in paragraph "249" of the Complaint and refers all questions of law to this Honorable Court. To the extent the allegations in paragraph "249" of the Complaint are directed to other defendants, AA-Z denies knowledge or information sufficient to form a belief about the truth of such allegations.

250.    Defendant denies all allegations in paragraph "250" of the Complaint and refers all questions of law to this Honorable Court.

251.    Defendant denies all allegations in paragraph "251" of the Complaint and refers all questions of law to this Honorable Court.

252.    Defendant denies all allegations directed at it in paragraph "252" of the Complaint and refers all questions of law to this Honorable Court. To the extent the allegations in paragraph "252" of the Complaint are directed to other defendants, AA-Z denies knowledge or information sufficient to form a belief about the truth of such allegations.

253.    Defendant denies all allegations in paragraph "253" of the Complaint and refers all questions of law to this Honorable Court.

295397460v.1

254.    Defendant denies all allegations in paragraph "254" of the Complaint and refers all questions of law to this Honorable Court.

255.    Defendant denies all allegations in paragraph "255" of the Complaint and refers all questions of law to this Honorable Court.

256.    Defendant denies all allegations in paragraph "256" of the Complaint and refers all questions of law to this Honorable Court.

257.    Defendant denies all allegations in paragraph "257" of the Complaint and refers all questions of law to this Honorable Court.

258.    Defendant denies all allegations directed at it in paragraph "258" of the Complaint and refers all questions of law to this Honorable Court. To the extent the allegations in paragraph "258" of the Complaint are directed to other defendants, AA-Z denies knowledge or information sufficient to form a belief about the truth of such allegations.

259.    Defendant denies all allegations directed at it in paragraph "259" of the Complaint and refers all questions of law to this Honorable Court. To the extent the allegations in paragraph "259" of the Complaint are directed to other defendants, AA-Z denies knowledge or information sufficient to form a belief about the truth of such allegations.

260.    Defendant denies all allegations directed at it in paragraph "260" of the Complaint and refers all questions of law to this Honorable Court. To the extent the allegations in paragraph "260" of the Complaint are directed to other defendants, AA-Z denies knowledge or information sufficient to form a belief about the truth of such allegations.

## XI.    CLAIMS FOR RELIEF
### COUNT ONE
### (NEGLIGENCE)

261.    Defendant incorporates by reference its answers and responses to Plaintiff's allegations contained in Paragraphs 1-260 of Plaintiff's Complaint as if fully re-stated herein.

262.    Defendant denies all allegations directed at it in paragraph "262" of the Complaint and refers all questions of law to this Honorable Court.

263.    Defendant denies all allegations directed at it in paragraph "263" of the Complaint and refers all questions of law to this Honorable Court.

264.    Defendant denies all allegations directed at it in paragraph "264" of the Complaint and refers all questions of law to this Honorable Court.

265.    Defendant denies all allegations directed at it in paragraph "265" of the Complaint and refers all questions of law to this Honorable Court.

**COUNT II**
**(PUBLIC NUISANCE)**

266.    Defendant incorporates by reference its answers and responses to Plaintiff's allegations contained in Paragraphs 1-265 of Plaintiff's Complaint as if fully re-stated herein.

267.    These allegations were dismissed by order of the Court, Dkt. 50.  To the extent a response is required Defendant denies all allegations directed at it in paragraph "267" of the Complaint and refers all questions of law to this Honorable Court.

268.    These allegations were dismissed by order of the Court, Dkt .50.  To the extent a response is required Defendant denies all allegations directed at it in paragraph "268" of the Complaint and refers all questions of law to this Honorable Court.

269.    These allegations were dismissed by order of the Court, Dkt. 50.  To the extent a response is required Defendant denies all allegations directed at it in paragraph "269" of the Complaint and refers all questions of law to this Honorable Court.

270.    These allegations were dismissed by order of the Court, Dkt. 50.  To the extent a response is required Defendant denies all allegations directed at it in paragraph "270" of the Complaint and refers all questions of law to this Honorable Court.

271.    These allegations were dismissed by order of the Court, Dkt. 50.  To the extent a response is required Defendant denies all allegations directed at it in paragraph "271" of the Complaint and refers all questions of law to this Honorable Court.

272.    These allegations were dismissed by order of the Court, Dkt. 50.  To the extent a response is required Defendant denies all allegations directed at it in paragraph "272" of the Complaint and refers all questions of law to this Honorable Court.

273.    These allegations were dismissed by order of the Court, Dkt. 50.  To the extent a response is required Defendant denies all allegations directed at it in paragraph "267" of the Complaint and refers all questions of law to this Honorable Court.

**COUNT THREE**
**(NEGLIGENT ENTRUSTMENT)**

274.    Defendant incorporates by reference its answers and responses to Plaintiff's allegations contained in Paragraphs 1-273 of Plaintiff's Complaint as if fully re-stated herein.

275.    Defendant denies all allegations directed at it in paragraph "275" of the Complaint and refers all questions of law to this Honorable Court.

276.    Defendant denies all allegations directed at it in paragraph "276" of the Complaint and refers all questions of law to this Honorable Court.

277.    Defendant denies all allegations directed at it in paragraph "277" of the Complaint and refers all questions of law to this Honorable Court.

278.    Defendant denies all allegations directed at it in paragraph "278" of the

Complaint and refers all questions of law to this Honorable Court.

279.   Defendant denies all allegations directed at it in paragraph "279" of the Complaint and refers all questions of law to this Honorable Court.

280.   Defendant denies all allegations directed at it in paragraph "280" of the Complaint and refers all questions of law to this Honorable Court.

281.   Defendant denies all allegations directed at it in paragraph "281" of the Complaint and refers all questions of law to this Honorable Court.

282.   Defendant denies all allegations directed at it in paragraph "282" of the Complaint and refers all questions of law to this Honorable Court.

283.   Defendant denies all allegations directed at it in paragraph "283" of the Complaint and refers all questions of law to this Honorable Court.

## COUNT FOUR
## (NEGLIGENCE PER SE)

284.   Defendant incorporates by reference its answers and responses to Plaintiff's allegations contained in Paragraphs 1-283 of Plaintiff's Complaint as if fully re-stated herein.

285.   Defendant denies all allegations directed at it in paragraph "285" of the Complaint and refers all questions of law to this Honorable Court.

286.   Defendant denies all allegations directed at it in paragraph "286" of the Complaint and refers all questions of law to this Honorable Court.

287.   Defendant denies all allegations directed at it in paragraph "287" of the Complaint and refers all questions of law to this Honorable Court.

## COUNT FIVE
## (GROSS NEGLIGENCE)

288.     Defendant incorporates by reference its answers and responses to Plaintiff's allegations contained in Paragraphs 1-287 of Plaintiff's Complaint as if fully re-stated herein.

289.     Defendant denies all allegations directed at it in paragraph "289" of the Complaint and refers all questions of law to this Honorable Court.

290.     Defendant denies trafficking firearms. Defendant further denies all allegations directed at it in paragraph "290" of the Complaint and refers all questions of law to this Honorable Court.

291.     Defendant denies all allegations directed at it in paragraph "291" of the Complaint and refers all questions of law to this Honorable Court.

292.     Defendant denies all allegations directed at it in paragraph "292" of the Complaint and refers all questions of law to this Honorable Court.

293.     Defendant denies all allegations directed at it in paragraph "293" of the Complaint and refers all questions of law to this Honorable Court.

## COUNT SIX
## (UNJUST ENRICHMENT AND RESTITUTION)

294.     Defendant incorporates by reference its answers and responses to Plaintiff's allegations contained in Paragraphs 1-293 of Plaintiff's Complaint as if fully re-stated herein.

295.     Defendant denies all allegations directed at it in paragraph "295" of the Complaint and refers all questions of law to this Honorable Court.

296.     Defendant denies all allegations directed at it in paragraph "296" of the Complaint and refers all questions of law to this Honorable Court.

297.     Defendant denies all allegations directed at it in paragraph "297" of the Complaint and refers all questions of law to this Honorable Court.

298.    Defendant denies all allegations directed at it in paragraph "298" of the Complaint and refers all questions of law to this Honorable Court.

299.    Defendant denies being asked or responsible for paying for Mexico's crime problems. Defendant further denies the remaining allegations directed at it in paragraph "299" of the Complaint and refers all questions of law to this Honorable Court.

300.    Defendant denies all allegations directed at it in paragraph "300" of the Complaint and refers all questions of law to this Honorable Court.

301.    Defendant denies all allegations directed at it in paragraph "301" of the Complaint and refers all questions of law to this Honorable Court.

302.    Defendant denies all allegations directed at it in paragraph "302" of the Complaint and refers all questions of law to this Honorable Court.

## COUNT SEVEN
## (VIOLATION OF ARIZONA'S CONSUMER FRAUD ACT)

303.    Defendant incorporates by reference its answers and responses to Plaintiff's allegations contained in Paragraphs 1-302 of Plaintiff's Complaint as if fully re-stated herein.

304.    These allegations were dismissed by order of the Court, Dkt. 50.  To the extent a response is required Defendant denies all allegations directed at it in paragraph "304" of the Complaint and refers all questions of law to this Honorable Court.

305.    These allegations were dismissed by order of the Court, Dkt. 50.  To the extent a response is required Defendant denies all allegations directed at it in paragraph "305" of the Complaint and refers all questions of law to this Honorable Court.

306.    These allegations were dismissed by order of the Court, Dkt. 50.  To the extent a response is required Defendant denies all allegations directed at it in paragraph "306" of the

Complaint and refers all questions of law to this Honorable Court.

307.    These allegations were dismissed by order of the Court, Dkt. 50.  To the extent a response is required Defendant denies all allegations directed at it in paragraph "307" of the Complaint and refers all questions of law to this Honorable Court.

308.    These allegations were dismissed by order of the Court, Dkt. 50.  To the extent a response is required Defendant denies all allegations directed at it in paragraph "308" of the Complaint and refers all questions of law to this Honorable Court.

309.    These allegations were dismissed by order of the Court, Dkt. 50.  To the extent a response is required Defendant denies all allegations directed at it in paragraph "309" of the Complaint and refers all questions of law to this Honorable Court.

## COUNT EIGHT
## (PUNITIVE DAMAGES)

310.    Defendant incorporates by reference its answers and responses to Plaintiff's allegations contained in Paragraphs 1-309 of Plaintiff's Complaint as if fully re-stated herein.

311.    Defendant denies all allegations directed at it in paragraph "311" of the Complaint and refers all questions of law to this Honorable Court.

312.    Defendant denies all allegations directed at it in paragraph "312" of the Complaint and refers all questions of law to this Honorable Court.

313.    Defendant denies all allegations directed at it in paragraph "313" of the Complaint and refers all questions of law to this Honorable Court.

## COUNT NINE
## (RACKETEER INFLUENCED AND CORRUPT ORGANIZATION ACT 18 U.S.C 1962(C)

314.    Defendant incorporates by reference its answers and responses to Plaintiff's

allegations contained in Paragraphs 1-313 of Plaintiff's Complaint as if fully re-stated herein.

315.   These allegations were dismissed by order of the Court, Dkt. 50.  To the extent a response is required Defendant denies all allegations directed at it in paragraph "315" of the Complaint and refers all questions of law to this Honorable Court.

316.   These allegations were dismissed by order of the Court, Dkt. 50.  To the extent a response is required Defendant denies all allegations directed at it in paragraph "316" of the Complaint and refers all questions of law to this Honorable Court.

317.   These allegations were dismissed by order of the Court, Dkt. 50.  To the extent a response is required Defendant denies all allegations directed at it in paragraph "317" of the Complaint and refers all questions of law to this Honorable Court.

318.   These allegations were dismissed by order of the Court, Dkt. 50.  To the extent a response is required Defendant denies all allegations directed at it in paragraph "318" of the Complaint and refers all questions of law to this Honorable Court.

319.   These allegations were dismissed by order of the Court, Dkt. 50.  To the extent a response is required Defendant denies all allegations directed at it in paragraph "319" of the Complaint and refers all questions of law to this Honorable Court.

## COUNT TEN
## (RACKETEER INFLUENCED AND CORRUPT ORGANIZATION ACT 18 U.S.C 1962(C)

320.   Defendant incorporates by reference its answers and responses to Plaintiff's allegations contained in Paragraphs 1-319 of Plaintiff's Complaint as if fully re-stated herein.

321.   These allegations were dismissed by order of the Court, Dkt .50.  To the extent a response is required Defendant denies all allegations directed at it in paragraph "321" of the

Complaint and refers all questions of law to this Honorable Court.

322.   These allegations were dismissed by order of the Court, Dkt. 50.  To the extent a response is required Defendant denies all allegations directed at it in paragraph "322" of the Complaint and refers all questions of law to this Honorable Court.

323.   These allegations were dismissed by order of the Court, Dkt. 50.  To the extent a response is required Defendant denies all allegations directed at it in paragraph "323" of the Complaint and refers all questions of law to this Honorable Court.

324.   These allegations were dismissed by order of the Court, Dkt. 50.  To the extent a response is required Defendant denies all allegations directed at it in paragraph "324" of the Complaint and refers all questions of law to this Honorable Court.

325.   These allegations were dismissed by order of the Court, Dkt. 50.  To the extent a response is required Defendant denies all allegations directed at it in paragraph "325" of the Complaint and refers all questions of law to this Honorable Court.

### COUNT ELEVEN
### (RACKETEER INFLUENCED AND CORRUPT ORGANIZATION ACT 18 U.S.C 1962(C)

326.   Defendant incorporates by reference its answers and responses to Plaintiff's allegations contained in Paragraphs 1-325 of Plaintiff's Complaint as if fully re-stated herein.

327.   These allegations were dismissed by order of the Court, Dkt. 50.  To the extent a response is required Defendant denies all allegations directed at it in paragraph "327" of the Complaint and refers all questions of law to this Honorable Court.

328.   These allegations were dismissed by order of the Court, Dkt. 50.  To the extent a response is required Defendant denies all allegations directed at it in paragraph "328" of the

Complaint and refers all questions of law to this Honorable Court.

329.   These allegations were dismissed by order of the Court, Dkt. 50.  To the extent a response is required Defendant denies all allegations directed at it in paragraph "329" of the Complaint and refers all questions of law to this Honorable Court.

330.   These allegations were dismissed by order of the Court, Dkt. 50.  To the extent a response is required Defendant denies all allegations directed at it in paragraph "3305" of the Complaint and refers all questions of law to this Honorable Court.

331.   These allegations were dismissed by order of the Court, Dkt. 50.  To the extent a response is required Defendant denies all allegations directed at it in paragraph "331" of the Complaint and refers all questions of law to this Honorable Court.

## COUNT TWELVE
### (RACKETEER INFLUENCED AND CORRUPT ORGANIZATION ACT 18 U.S.C 1962(C)

332.   Defendant incorporates by reference its answers and responses to Plaintiff's allegations contained in Paragraphs 1-331 of Plaintiff's Complaint as if fully re-stated herein.

333.   These allegations were dismissed by order of the Court, Dkt. 50.  To the extent a response is required Defendant denies all allegations directed at it in paragraph "333" of the Complaint and refers all questions of law to this Honorable Court.

334.   These allegations were dismissed by order of the Court, Dkt. 50.  To the extent a response is required Defendant denies all allegations directed at it in paragraph "334" of the Complaint and refers all questions of law to this Honorable Court.

335.   These allegations were dismissed by order of the Court, Dkt. 50.  To the extent a response is required Defendant denies all allegations directed at it in paragraph "335" of the

Complaint and refers all questions of law to this Honorable Court.

336.    These allegations were dismissed by order of the Court, Dkt. 50.  To the extent a response is required Defendant denies all allegations directed at it in paragraph "336" of the Complaint and refers all questions of law to this Honorable Court.

337.    These allegations were dismissed by order of the Court, Dkt. 50.  To the extent a response is required Defendant denies all allegations directed at it in paragraph "337" of the Complaint and refers all questions of law to this Honorable Court.

### COUNT THIRTEEN
### (RACKETEER INFLUENCED AND CORRUPT ORGANIZATION ACT 18 U.S.C 1962(C)

338.    Defendant incorporates by reference its answers and responses to Plaintiff's allegations contained in Paragraphs 1-337 of Plaintiff's Complaint as if fully re-stated herein.

339.    These allegations were dismissed by order of the Court, Dkt. 50.  To the extent a response is required Defendant denies all allegations directed at it in paragraph "339" of the Complaint and refers all questions of law to this Honorable Court.

340.    These allegations were dismissed by order of the Court, Dkt. 50.  To the extent a response is required Defendant denies all allegations directed at it in paragraph "340" of the Complaint and refers all questions of law to this Honorable Court.

341.    These allegations were dismissed by order of the Court, Dkt. 50.  To the extent a response is required Defendant denies all allegations directed at it in paragraph "341" of the Complaint and refers all questions of law to this Honorable Court.

342.    These allegations were dismissed by order of the Court, Dkt. 50.  To the extent a response is required Defendant denies all allegations directed at it in paragraph "342" of the

Complaint and refers all questions of law to this Honorable Court.

343.    These allegations were dismissed by order of the Court, Dkt. 50.  To the extent a response is required Defendant denies all allegations directed at it in paragraph "343" of the Complaint and refers all questions of law to this Honorable Court.

## GENERAL DENIAL

Any and all allegation in the Complaint that are not specifically admitted are hereby denied.

## DEFENSES

Defendant asserts the following affirmative defenses without assuming the burden of proof or persuasion that would otherwise remain with Plaintiff. Each defense is asserted to all claims against the answering Defendant. Nothing stated herein should be construed as an admission that any particular issue or subject matter is relevant to Plaintiff's allegations. Defendant reserves the right to assert additional affirmative defenses as they become known through the course of discovery in this matter. As separate and affirmative defenses, Defendant alleges as follows:

## FIRST AFFIRMATIVE DEFENSE

For Defendant's First Affirmative Defense to Plaintiff's Complaint, Defendant states that Plaintiff's claims are barred by the statute of limitations.

## SECOND AFFIRMATIVE DEFENSE

In the alternative, and without waiving its denial of liability, Defendant states that Plaintiff has failed to join one or more indispensable parties the names and/or identities of many of which are unknown to Defendant, including, but not limited to, the Unites States

Government and its related agencies (such DOJ, BATFE, FBI and DHS); the Mexican government, military, and law enforcement officials who supply illegal firearms to the cartels; the cartel members, associates, or agents; the alleged straw purchasers; the alleged firearm traffickers; the individuals who allegedly committed crimes with alleged illegally trafficked firearms, and the foreign and domestic sources of firearms for cartels in Mexico.

### THIRD AFFIRMATIVE DEFENSE

In the alternative, and without waiving its denial of liability, Defendant states that Plaintiff's claims are barred in whole, or in part, because Plaintiff lacks standing as to one or more of the claims in Plaintiff's Complaint.

### FOURTH AFFIRMATIVE DEFENSE

In the alternative, and without waiving its denial of liability, Defendant states that Plaintiff has failed to state a claim upon which relief can be granted.

### FIFTH AFFIRMATIVE DEFENSE

In the alternative, and without waiving its denial of liability, Defendant states that the acts and omissions of Plaintiff or third parties for whom Defendant is not legally responsible or liable constitute a new and independent cause of any damages allegedly sustained by Plaintiff such that there can be no finding that any act or omission on the part of Defendant proximately caused Plaintiff's alleged damages.

### SIXTH AFFIRMATIVE DEFENSE

Plaintiff's damages, if any, were solely caused by the intentional or negligent acts of persons over whom this Defendant had no control or duty to control, and for whom this Defendant bears no legal responsibility, thereby precluding liability.

**SEVENTH AFFIRMATIVE DEFENSE**

In the alternative, and without waiving its denial of liability, Defendant states that any fault in this matter should be judged comparatively. If it is found that the Plaintiff sustained injuries as a result of the occurrence described in Plaintiff's Complaint, which Defendant denies, then Plaintiff's own negligence contributed to Plaintiff's injuries, including but not limited to the failure to enforce the criminal and civil laws of Mexico against criminal drug cartels which actually cause injury in Mexico and accordingly, any recovery, must be reduced by the percentage of Plaintiff's own negligence.

**EIGHTH AFFIRMATIVE DEFENSE**

In the alternative, and without waiving its denial of liability, Defendant states that if Plaintiff sustained damage, such damage was caused by third parties not under Defendant's control or that third parties not under Defendant's control contributed to cause Plaintiff's alleged damages.

**NINTH AFFIRMATIVE DEFENSE**

In the alternative, and without waiving its denial of liability, Defendant states that Plaintiff's claim for damages is the result of the negligence and carelessness of Plaintiff and/or of others over whom Defendant had no control, and accordingly, any recovery, if any, that Plaintiff may receive must be reduced by the percentage of Plaintiff's own negligence and/or the negligence of others who contributed to Plaintiff's injuries and/or damages.

**TENTH AFFIRMATIVE DEFENSE**

In the alternative, and without waiving its denial of liability, Defendant states that it owes no duty to Plaintiff with regard to the conditions referred to in Plaintiff's Complaint.

**ELEVENTH AFFIRMATIVE DEFENSE**

In the alternative, and without waiving its denial of liability, Plaintiff's damages, if any, were caused or contributed to by the intentional or negligent acts of persons over whom this Defendant had no control or duty to control, and for whom this Defendant bears no legal responsibility, and such fault should be compared pursuant to comparative fault laws, including pursuant to A.R.S. § 12-2506.

**TWELFTH AFFIRMATIVE DEFENSE**

In the alternative, and without waiving its denial of liability, Defendant denies that it is in any way liable to Plaintiff or is any way negligent, however, to the extent that Plaintiff should recover by settlement any sums from any other entity or party with respect to the claims raised herein, and to the extent any exceptions are found applicable to several only liability, Defendant is entitled to a reduction of damages or to a set-off for any such settlement.

**THIRTEENTH AFFIRMATIVE DEFENSE**

In the alternative, and without waiving its denial of liability, Plaintiff failed to mitigate its damages.

**FOURTEENTH AFFIRMATIVE DEFENSE**

In the alternative, and without waiving its denial of liability, Plaintiff's claims must be dismissed because Defendant was, at all times relevant, a properly licensed federal firearms dealer, which followed all proper federal firearms regulations and is entitled to the immunity provisions of the Protection of Lawful Commerce in Arms Act, 15 U.S.C. § 7901 et seq.

**FIFTEENTH AFFIRMATIVE DEFENSE**

In the alternative, and without waiving its denial of liability, Plaintiff's claims are

barred, in whole or part, because the proximate and legal cause of any injury was the criminal misuse of said firearms by the individuals owning, possessing, and/or handling the firearm.

## SIXTEENTH AFFIRMATIVE DEFENSE

In the alternative, and without waiving its denial of liability, Defendant did not owe or breach any duty owed to Plaintiff.

## SEVENTEENTH AFFIRMATIVE DEFENSE

In the alternative, and without waiving its denial of liability, Defendant denies that any of Plaintiff's alleged damages were proximately caused by any act, omission or misconduct of this Defendant.

## EIGHTEENTH AFFIRMATIVE DEFENSE

In the alternative, and without waiving its denial of liability, Plaintiff's claims for relief before the Court violate the constitutional separation of powers in that Plaintiff seeks to have the judicial branch create legislative policy.

## NINETEENTH AFFIRMATIVE DEFENSE

In the alternative, and without waiving its denial of liability, Defendant's alleged conduct is too remote in relation to the proximate cause(s) of injury to Plaintiff to permit recovery as a matter of law.

## TWENTIETH AFFIRMATIVE DEFENSE

In the alternative, and without waiving its denial of liability, Defendant states that the event causing the damages alleged in Plaintiff's Complaint could not be reasonably anticipated by Defendant.

## TWENTY-FIRST AFFIRMATIVE DEFENSE

In the alternative, and without waiving its denial of liability, there is no causal relationship between the conduct of Defendant and the damages as alleged by Plaintiff.

### TWENTY-SECOND AFFIRMATIVE DEFENSE

In the alternative, and without waiving its denial of liability, Defendant states that Plaintiff failed to undertake precautions, which entity would use to protect its citizens against dangers which a reasonable and careful user would or should reasonably appreciate in a same or similar circumstance.

### TWENTY-THIRD AFFIRMATIVE DEFENSE

In the alternative, and without waiving its denial of liability, Plaintiff's claims are barred by superseding and intervening intentional, negligent, reckless and/or criminal acts of third parties.

### TWENTY-FOURTH AFFIRMATIVE DEFENSE

In the alternative, and without waiving its denial of liability, Defendant states independent, intervening, and superseding forces and/or actions of parties or third parties proximately caused or contributed to the alleged losses or damages, barring recovery from Defendant.

### TWENTY-FIFTH AFFIRMATIVE DEFENSE

In the alternative, and without waiving its denial of liability, Defendant states Plaintiff's claims for enhanced and/or punitive damages, if any, are barred because the alleged harm suffered was not the result of this answering Defendant's acts or omissions and such acts or omissions, if any, were not performed knowingly, intentionally, or willfully.

### TWENTY-SIXTH AFFIRMATIVE DEFENSE

In the alternative, and without waiving its denial of liability, Defendant states any award of enhanced and/or punitive damages would violate the excessive fines clause of the Eighth Amendment to the Constitution of the United States.

## TWENTY-SEVENTH AFFIRMATIVE DEFENSE

In the alternative, and without waiving its denial of liability, Defendant states to the extent Plaintiff seeks punitive damages, any such claims for punitive damages are barred by the following:   Commerce Clause of Article I, Section 8 of the U.S. Constitution; the Contracts Clause of Article I, Section 10 of the U.S. Constitution; the prohibition against ex post facto laws embodied in Article I, Section 10 of the U.S. Constitution; the Supremacy Clause of Article VI of the U.S. Constitution; the First, Fifth, Eighth and Fourteenth Amendments to the Constitution of the United States of America; as well as the due process and equal protection provisions contained in the Constitution of Arizona.   An award of punitive damages is not justified under the facts of this case and any such award will constitute a denial of equal protection, a denial of due process and/or the imposition of an excessive fine.   An award of punitive damages must conform with the law as set forth in State Farm Automobile Ins. Co. v. Campbell, 538 U.S. 408 (2003), BMW of North America, Inc. v. Gore, 517 U.S. 559 (1996), Cooper Industries, Inc. v. Leatherman Tool Group, 532 U.S. 424 (2001), and such other and future cases interpreting the laws involving the bases, standards, burdens of proof and amounts of punitive or exemplary damages under the given set of facts and circumstances.   In the unlikely event that the issue of punitive damages is properly put before a trier of fact in this case, Defendant is entitled to a unanimous jury verdict as to such a finding of fact and to bifurcation of this "punishment" phase and to a jury instruction that mandates

a higher burden of proof upon Plaintiff than a mere preponderance of the evidence.

## TWENTY-EIGHTH AFFIRMATIVE DEFENSE

In the alternative, and without waiving its denial of liability, punitive damages are barred by operation of A.R.S. § 12-689, <u>et seq.</u>

## TWENTY-NINTH AFFIRMATIVE DEFENSE

In the alternative, and without waiving its denial of liability, Defendant states Plaintiff is not entitled to any damage award violative of Defendant's due process and equal protection rights and other rights set forth in the United States Constitution or rights under the Arizona Constitution.

## THIRTIETH AFFIRMATIVE DEFENSE

In the alternative, and without waiving its denial of liability, punitive damages are barred by the holding of <u>Swift Transportation Co. of Az, LLC v. Carman</u>, 515 P.3d 685.

## THIRTY-FIRST AFFIRMATIVE DEFENSE

In the alternative, and without waiving its denial of liability, Defendant pleads the defense of illegality as to Plaintiff's conduct relative to this Complaint.

## THIRTY-SECOND AFFIRMATIVE DEFENSE

In the alternative, and without waiving its denial of liability, Defendant pleads the defense of assumption of risk as to Plaintiff's conduct relative to this Complaint.

## THIRTY-THIRD AFFIRMATIVE DEFENSE

In the alternative, and without waiving its denial of liability, Defendant pleads the defense of estoppel as to Plaintiff's conduct relative to this Complaint.

## THIRTY-FOURTH AFFIRMATIVE DEFENSE

In the alternative, and without waiving its denial of liability, Defendant pleads the defense of laches as to Plaintiff's conduct relative to this Complaint.

## THIRTY-FIFTH AFFIRMATIVE DEFENSE

In the alternative, and without waiving its denial of liability, Plaintiff's claims are barred by the economic loss rule.

## THIRTY-SIXTH AFFIRMATIVE DEFENSE

In the alternative, and without waiving its denial of liability, Defendant asserts the provisions of Title 12, Chapter 16 of the Arizona Revised Statutes, the Uniform Contribution Among Tortfeasors Act, including the right to contribution, comparative negligence, pro rata distribution, several liability, and apportionment of fault.

## THIRTY-SEVENTH AFFIRMATIVE DEFENSE

In the alternative, and without waiving its denial of liability, if Plaintiff, including any officials, agents, employees, and representatives, or others over whom Plaintiff had control, spoliated relevant, discoverable and/or admissible evidence, Plaintiff's claims should be barred or an adverse inference given to the jury in favor of Defendant.

## THIRTY-EIGHTH AFFIRMATIVE DEFENSE

In the alternative, and without waiving its denial of liability, Plaintiff's claims are in violation of the First and Second Amendments to the United States Constitution as well as the Commerce Clause.

## THIRTY-NINTH AFFIRMATIVE DEFENSE

In the alternative, and without waiving its denial of liability, the conduct at issue in Plaintiff's claims are too remote and derivatives to permit recovery.

**FORTIETH AFFIRMATIVE DEFENSE**

In the alternative, and without waiving its denial of liability, Defendant states this answering Defendant incorporates by reference the defenses raised by other Defendants in their answers to the Plaintiff's Complaint.

**JURY DEMAND**

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Defendant demands a trial by jury on all issues appropriate for the jury to consider.

WHEREFORE, having fully answered Plaintiff's Complaint, Defendant respectfully requests that this Court dismiss Plaintiff's Complaint with prejudice and grant Defendant its costs and for any other further relief that this Court deems just and proper in the circumstances.

DATED this 8th day of April 2024

PISCIOTTI LALLIS ERDREICH

*/s/ Danny C. Lallis*
Danny C. Lallis (Pro Hac Vice)
dlallis@pisciotti.com
Ryan L. Erdreich (Pro Hac Vice)
rerdreich@pisciotti.com
Anthony M. Pisciotti (Pro Hac Vice)
apisciotti@pisciotti.com

WILSON ELSER MOSKOWITZ
  EDELMAN & DICKER LLP

*/s/ Colt B. Dodrill*
Colt B. Dodrill
colt.dodrill@wilsonelser.com
Brian E. Cieniawski
brian.cieniawski@wilsonelser.com

*Attorneys for Defendant Ammo A-Z, LLC*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE**

I hereby certify that on April 8, 2024 the foregoing document entitled Defendant Ammo A-Z, LLC's Answer to Plaintiff's Complaint and Affirmative Defenses was e-filed with the United States District Court for the District of Arizona.  Notice of the filing of the foregoing document will be served via electronic service through the United States District Court for the District of Arizona's ECF System on those attorneys in this case who are registered with the Court's electronic filing systems.  Those attorneys may access this filing through the Court's CM/ECF system.


By:  */s/ Meagan Tharp*
       Meagan Tharp

295397460v.1