LORBER, GREENFIELD & OLSEN, LLP
Louis W. Horowitz, Esq. [S.B. #020842]
3930 E. Ray Road, Suite 260
Phoenix, AZ 85044
TEL: (602) 437-4177
FAX: (602) 437-4180
lhorowitz@lorberlaw.com

RENZULLI LAW FIRM LLP
Christopher Renzulli, Esq. (*Pro Hac Vice*)
Peter Malfa, Esq. (*Pro Hac Vice*)
Jeffrey Malsch, Esq. (*Pro Hac Vice*)
One North Broadway, Suite 1005
White Plains, NY 10601
TEL: (914) 285-0700
FAX: (914) 285-1213
crenzulli@renzullilaw.com
pmalfa@renzullilaw.com
jmalsch@renzullilaw.com

*Attorneys for Defendants Diamondback Shooting Sports, Inc., Loan Prairie, LLC d/b/a The Hub, SNG Tactical, LLC and Sprague's Sports, Inc.*

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Estados Unidos Mexicanos,<br><br>Plaintiff,<br><br>*vs.*<br><br>Diamondback Shooting Sports, Inc., an Arizona corporation; SNG Tactical, LLC, an Arizona limited liability company; Loan Prairie, LLC D/B/A The Hub, an Arizona limited liability company; Ammo A-Z, LLC, an Arizona limited liability company; Sprague's Sports, Inc., an Arizona corporation,<br><br>Defendants. | Case No: 22-cv-00472-TUC-RM<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO MOTION TO STRIKE**<br><br>(First Request) |

The Plaintiff, Estados Unidos Mexicanos, and Defendants, Diamondback Shooting Sports, Inc.; SNG Tactical, LLC; Loan Prairie, LLC d/b/a The Hub; Ammo A-Z, LLC; and Sprague's

Sports, Inc. ("Defendants"), hereby agree and stipulate to extend the time for the Defendants to file a Responsive Memorandum to Plaintiff's Motions to Strike (ECF Docs. 64 and 65) up to and including May 29, 2024.

Defendants agree to allow Plaintiff up to and including June 14, 2024, to file a Reply Memorandum.

All parties are agreement on this stipulation.

Dated:  May 6, 2024

| Plaintiff,<br>Estados Unidos Mexicanos<br>By its attorneys,<br><br>   */s/ Ryan O'Neal*<br>Ryan O'Neal (AZ # 031919)<br>roneal@dmyl.com<br>DECONCINI MCDONALD YETWIN & LACY, P.C.<br>2525 East Broadway Blvd., Suite 200<br>Tucson, AZ 85716-5300<br>(520) 322-5000<br><br>and<br><br>Steve Shadowen (phv)<br>steve@hillardshadowenlaw.com<br>Nick Shadowen (phv)<br>nshadowen@hilliardshadowenlaw.com<br>Tina J. Miranda (phv)<br>tmiranda@hillardshadowenlaw.com<br>SHADOWEN PLLC<br>1135 W. 6th Street, Suite 125<br>Austin, TX 78703<br>(855) 344-3298<br><br>and | Defendants,<br>Diamondback Shooting Sports, Inc., SNG Tactical, LLC, Loan Prairie, LLC D/B/A The Hub and Sprague's Sports, Inc.,<br>By their attorneys,<br><br>Louis W. Horowitz (AZ # )<br>LHorowitz@lorberlaw.com<br>LORBER, GREENFIELD & OLSEN LLP<br>3930 E. Ray Road, Suite 260<br>Phoenix, AZ 85044<br>800-291-3062<br><br>and<br><br>   */s/ Jeffrey Malsch*<br>Christopher Renzulli (phv)<br>crenzulli@renzullilaw.com<br>Peter Malfa (phv)<br>pmalfa@renzullilaw.com<br>Jeffrey Malsch (phv)<br>jmalsch@renzullilaw.com<br>RENZULLI LAW FIRM LLP<br>One North Broadway, Suite 1005<br>White Plains, NY 10601<br>(914) 285-0700<br><br>and |
|---|---|

| | |
|---|---|
| Jon Lowy<br>jlowy@actiononguns.org<br>Global Action on Gun Violence<br>805 15th St. NW, Ste. 601<br>Washington, DC 20005<br>202-415-0691 | /s/ Brian E. Cieniawski<br>Colt B. Dodrill<br>Brian E. Cieniawski<br>WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP<br>2231 East Camelback Road, Suite 200 Phoenix, AZ 85016<br><br>and<br><br>Anthony M. Pisciotti (phv)<br>Danny Lallis (phv)<br>Ryan Erdreich. (phv)<br>PISCIOTTI LALLIS ERDREICH<br>30 Columbia Turnpike, Suite 205<br>Florham Park, NJ 07932<br>apisciotti@pisciotti.com<br>dlallis@pisciotti.com<br>rerdreich@pisciotti.com<br><br>Attorneys for Defendant Ammo A-Z, LLC |

LORBER, GREENFIELD & OLSEN, LLP
3930 E. Ray Road, Suite 260, Phoenix, AZ 85044
Telephone (602) 437-4177 / Facsimile (602) 437-4180

# **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 6th day of May, 2024, I filed the foregoing using CM/ECF which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Ryan O'Neal, Esq.
DECONCINI MCDONALD YETWIN & LACY, P.C.
2525 E. Broadway Blvd., Suite 200
Tucson, AZ 85716-5300
roneal@dmyl.com
*Attorneys for Plaintiff*

Steve D. Shadowen, Esq. (*Pro Hac Vice*)
Nicholas W. Shadowen, Esq. (*Pro Hac Vice*)
Tina J. Miranda, Esq. (*Pro Hac Vice*)
Deirdre R. Mulligan, Esq. (*Pro Hac Vice*)
SHADOWEN PLLC
1135 W. 6th Street, Suite 125
Austin, TX 78703
sshadowen@shadowenpllc.com
nshadowen@shadowenpllc.com
tmiranda@shadowenpllc.com
dmulligan@shadowenpllc.com
*Attorneys for Plaintiff*

Jonathan E. Lowy, Esq. (*Pro Hac Vice*)
GLOBAL ACTION ON GUN VIOLENCE
1025 Connecticut Avenue NW, #1210
Washington, DC 20036
jlowy@actiononguns.org
*Attorneys for Plaintiff*

Colt B. Dodrill
Brian E. Cieniawski
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP
2231 East Camelback Road, Suite 200
Phoenix, AZ 85016
*Attorneys for Defendant Ammo A-Z, LLC*

LORBER, GREENFIELD & OLSEN, LLP
3930 E. Ray Road, Suite 260, Phoenix, AZ 85044
Telephone (602) 437-4177 / Facsimile (602) 437-4180

Anthony Pisciotti, Esq. (*Pro Hac Vice*)
Danny Lallis, Esq. (*Pro Hac Vice*)
Ryan Erdreich, Esq. (*Pro Hac Vice*)
PISCIOTTI LALLIS ERDREICH
30 Columbia Turnpike, Suite 205
Florham Park, NJ 07932
apisciotti@pisciotti.com
dlallis@pisciotti.com
rerdreich@pisciotti.com
*Attorneys for Defendant Ammo A-Z, LLC*

By: */s/ Jeffrey Malsch*

5