# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Estados Unidos Mexicanos, | No. CV-22-00472-TUC-RM |
| Plaintiff, | **ORDER** |
| v. | |
| Diamondback Shooting Sports Incorporated, et al., | |
| Defendants. | |

Pending before the Court is the parties' Joint Notice Regarding Depositions and Written Discovery. (Doc. 61.) The Court having reviewed the parties' respective proposals,

**IT IS ORDERED**:

1. Plaintiff shall be allowed to take up to six (6) depositions of each Defendant's current and/or former employees, inclusive of any depositions noticed pursuant to Federal Rule of Civil Procedure 30(b)(6). Leave of Court is required to take additional depositions.

2. Defendants shall be allowed to collectively take up to fifteen (15) depositions of Plaintiff's current and/or former employees, inclusive of any depositions noticed pursuant to Federal Rule of Civil Procedure 30(b)(6). Leave of Court is required to take additional depositions.

3. Within thirty (30) days of serving a notice of deposition under Rule 30(b)(6), the parties shall meet and confer as required by Rule 30(b)(6)

regarding the topics to be addressed at the Rule 30(b)(6) deposition, the date for the deposition, and the length of the deposition.

4. There shall be no limit on the number of third-party depositions that are noticed by any party, with leave for any party—after good-faith personal consultation—to seek a protective order as to the taking of third-party depositions. The parties shall work together in good faith to identify relevant third-party witnesses, including the current locations and accurate contact information for any possible third-party witnesses.

5. The parties shall produce for deposition all witnesses under their control, including officials and employees of the Mexican Government, and officers, directors, and employees of the corporate Defendants, at mutually agreeable locations, or remotely upon the parties' written stipulation. In the event a party remotely deposes a witness who resides in Mexico, the time zone of the witness's location will be the relevant time zone for the deposition. Other parameters of any such foreign depositions, including date, time, location, ground rules, etc., shall otherwise be governed by the Federal Rules of Civil Procedure. Pursuant to Plaintiff's stipulation (Doc. 73), any depositions in Mexico of Mexican and third-country nationals under Plaintiff's control may proceed as provided in the Federal Rules of Civil Procedure and will not necessitate the presence of a Mexican judicial officer. The parties must confer in good faith prior to filing a motion concerning the location or parameters of a deposition or the mechanisms by which a deposition of a foreign witness will occur.

6. Plaintiff may propound 25 written interrogatories per Defendant. Defendants may jointly propound 25 written interrogatories to Plaintiff, and each Defendant may individually propound up to 10 additional interrogatories to Plaintiff. Leave of Court is required to propound additional interrogatories.

7. There shall be no limit on the number of requests for production or requests for admission, though the parties are granted leave to seek such a limit at a later date.

Dated this 7th day of June, 2024.

_____
Honorable Rosemary Márquez
United States District Judge