IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Estados Unidos Mexicanos,<br><br>    Plaintiff,<br><br>v.<br><br>Diamondback Shooting Sports Incorporated, et al.,<br><br>    Defendants. | No. CV-22-00472-TUC-RM<br><br>**ORDER** |

On September 6, 2024, the parties contacted chambers in accordance with the Scheduling Order's discovery dispute procedure. The parties notified chambers that they have been unable to resolve through personal consultation discovery disputes concerning Defendants' objections to certain requests for production based on the Tiahrt Amendment and the Arizona Audit Privilege. The parties also notified chambers of disputes concerning the scope of discovery but averred that they are still engaged in the meet-and-confer process with respect to those disputes. The Court will order written briefing on the parties' disputes concerning the Tiahrt Amendment and the Arizona Audit Privilege.

**IT IS ORDERED**:

1. Within **fourteen (14) days** of the date this Order is filed, Plaintiff may file a motion to compel that addresses the parties' disputes concerning the Tiahrt Amendment and the Arizona Audit Privilege.
2. Defendants may respond to Plaintiff's motion to compel within **fourteen (14) days** of service of the motion.

3. Plaintiff may file a reply within **seven (7) days** of service of Defendants' response(s).

Dated this 12th day of September, 2024.

_____
Honorable Rosemary Márquez
United States District Judge