DeConcini McDonald Yetwin & Lacy, P.C.
2525 East Broadway Blvd., Suite 200
Tucson, AZ 85716-5300
(520) 322-5000

Ryan O'Neal (AZ # 031919)
roneal@dmyl.com
Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Estados Unidos Mexicanos,<br><br>*Plaintiff*<br><br>vs.<br><br>Diamondback Shooting Sports, Inc., *et al.*,<br><br>*Defendants* | **DECLARATION OF YAACOV (JAKE) MEISELES IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL**<br><br>NO. 4:22-cv-00472-TUC-RM |

**DECLARATION OF YAACOV (JAKE) MEISELES IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL**

I, Yaacov (Jake) Meiseles, hereby declare as follows:

1. I am a Senior Staff Attorney at Global Action on Gun Violence. I make this declaration in support of Plaintiff's Motion to Compel. Except as otherwise stated, I have personal knowledge of the matters set forth herein and will testify thereto if called upon to do so.

2. Exhibit 1 is a true and accurate copy of Plaintiff's First Set of Requests for Production of Documents on all Defendants.

3. Exhibit 2 is a true and accurate copy of Defendant Diamondback Shooting Sports, Inc.'s July 24, 2024, Responses and Objections to Plaintiff's First Set of Requests for Production of Documents.

4. Exhibit 3 is a true and accurate copy of Defendant SnG Tactical, LLC's July 24, 2024, Responses and Objections to Plaintiff's First Set of Requests for Production of Documents.

5. Exhibit 4 is a true and accurate copy of Defendant Loan Prairie, LLC D/B/A The Hub's July 24, 2024, Responses and Objections to Plaintiff's First Set of Requests for Production of Documents.

6. Exhibit 5 is a true and accurate copy of Defendant Ammo A-Z, LLC's July 24, 2024, Responses and Objections to Plaintiff's First Set of Requests for Production of Documents.

7. Exhibit 6 is a true and accurate copy of Defendant Sprague's Sports, Inc.'s July 24, 2024, Responses and Objections to Plaintiff's First Set of Requests for Production of Documents.

8. Exhibit 7 is a true and accurate copy of Defendant Diamondback Shooting Sports, Inc.'s August 27, 2024, Amended Privilege Log.

9. Exhibit 8 is a true and accurate copy of Defendant SnG Tactical, LLC's August 27, 2024, Amended Privilege Log.

10. Exhibit 9 is a true and accurate copy of Defendant Loan Prairie, LLC D/B/A The Hub's August 27, 2024, Amended Privilege Log.

11. Exhibit 10 is a true and accurate copy of Defendant Ammo A-Z, LLC's August 27, 2024, Amended Privilege Log.

12. Exhibit 11 is a true and accurate copy of Defendant Sprague's Sports, Inc.'s August 27, 2024, Amended Privilege Log.

13. Exhibit 12 is a true and accurate copy of Plaintiff's August 5, 2024, response to Defendants' Responses and Objections to Plaintiff's First Set of Requests for Production of Documents.

14. Exhibit 13 is a true and accurate copy of Defendants' August 27, 2024, reply to Plaintiff's August 5, 2024, response to Defendants' Responses and Objections to Plaintiff's First Set of Requests for Production of Documents.

15. Exhibit 14 is a true and accurate copy of Memorandum of Intervenor United States of America in *Lopez et al., v. Badger Guns, Inc., et al,* Case No. 10-cv-018530 (Milwaukee County Wis. Mar. 30, 2012).

16. Exhibit 15 is a true and accurate copy of the transcript of the oral ruling in *Lopez et al., v. Badger Guns, Inc., et al,* Case No. 10-cv-018530 (Milwaukee County Wis. June 25, 2012).

17. Exhibit 16 is a true and accurate copy of the trial court's order in *Chiapperini v. Gander Mountain Company, Inc.*, Index No. 14/5717 (Monroe Co. Sup. Ct., Sept. 30, 2016).

18. On September 4, 2024, counsel for the parties met and conferred over the dispute that is the subject of Plaintiff's Motion to Compel.

1  I declare that the foregoing is true under the penalty of perjury.

Dated: September 13, 2024
Brooklyn, New York

/s/ *Yaacov (Jake) Meiseles*
Yaacov (Jake) Meiseles

**CERTIFICATE OF SERVICE**

I, Ryan O'Neal, hereby certify that this document was filed with the Clerk of the Court via CM/ECF. Those attorneys who are registered with the Court's electronic filing systems may access this filing through the Court's CM/ECF system, and notice of this filing will be sent to these parties by operation of the Court's electronic filings system.

Dated: September 13, 2024    /s/ *Ryan O'Neal*
                              Ryan O'Neal