DECONCINI MCDONALD YETWIN & LACY, P.C.
2525 EAST BROADWAY BLVD., SUITE 200
TUCSON, AZ 85716-5300
(520) 322-5000

Ryan O'Neal (AZ # 031919)
roneal@dmyl.com
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| Estados Unidos Mexicanos,<br><br>*Plaintiff*<br><br>vs.<br><br>Diamondback Shooting Sports, Inc., *et al.*,<br><br>*Defendants* | NO. 4:22-cv-00472-TUC-RM |

**STIPULATION TO EXTEND DEADLINES**

Plaintiff Estados Unidos Mexicanos and Defendants Diamondback Shooting Sports, Inc.; SNG Tactical, LLC; Loan Prairie, LLC d/b/a The Hub; Ammo A-Z, LLC; and Sprague's Sports, Inc. ("Defendants"), by and through counsel undersigned, hereby agree and stipulate, subject to the Court's approval, to extend all of the deadlines set forth in the Court's March 26, 2024, Order, including the deadlines for fact and expert discovery, which are currently set for January 31, 2025, and March 31, 2025, respectively (*see* Order, ECF 51).

On October 18, 2024, Defendants filed a Motion to Stay this action. (ECF 99.) On October 23, 2024, the Court communicated via email that the parties should "hold discovery disputes in abeyance until resolution of the pending Motion to Stay." At the time, the parties had multiple discovery disputes in various stages or ripeness impacting the ability to proceed to party and fact witness depositions, and eventually to expert disclosures.

The parties propose that all the discovery deadlines be eventually extended and that the parties be given time to meet and confer on an amended scheduling order for the Court's consideration following this Court's ruling on Defendants' Motion to Stay and after the Court has issued a decision on Plaintiff's Consolidated Motion to Compel (ECF 89), or, if a stay is issued, once the stay is lifted.

All parties are in agreement as to this request.

Dated: December 31, 2024

Respectfully submitted,

| Plaintiff,<br>Estados Unidos Mexicanos<br>By its attorneys,<br><br>*/s/ Ryan O'Neal (AZ # 031919)*<br>roneal@dmyl.com<br>DECONCINI MCDONALD YETWIN & LACY, P.C.<br>2525 East Broadway Blvd., Suite 200<br>Tucson, AZ 85716-5300<br>(520) 322-5000<br><br>and | Defendants,<br>Diamondback Shooting Sports, Inc., Loan Prairie, LLC d/b/a The Hub, SNG Tactical, LLC, Sprague's Sports, Inc., and Ammo AZ, LLC<br>By their attorneys,<br><br>Louis W. Horowitz<br>LORBER, GREENFIELD & POLITO, LLP<br>3930 E. Ray Road, Suite 260<br>Phoenix, AZ 85044<br>lhorowitz@lorberlaw.com |

| | |
|---|---|
| Steve Shadowen<br>steve@hillardshadowenlaw.com<br>Tina J. Miranda<br>tmiranda@hillardshadowenlaw.com<br>SHADOWEN PLLC<br>1135 W. 6th Street, Suite 125<br>Austin, TX 78703<br>(855) 344-3298<br><br>and<br><br>*/s/ Yaacov (Jake) Meiseles*<br>Jonathan E. Lowy<br>Yaacov (Jake) Meiseles<br>Global Action on Gun Violence<br>1025 Connecticut Avenue NW #1210<br>Washington, DC 20036<br>jlowy@actiononguns.org<br>jmeiseles@actiononguns.org<br>(202) 415-0691 | */s/ Jeffrey Malsch (w/ permission)*<br>Christopher Renzulli<br>crenzulli@renzullilaw.com<br>Peter Malfa<br>pmalfa@renzullilaw.com<br>Jeffrey Malsch<br>jmalsch@renzullilaw.com<br>RENZULLI LAW FIRM LLP<br>One North Broadway, Suite 1005<br>White Plains, NY 10601<br>(914) 285-0700<br><br>*/s/ Ryan Erdreich (w/permission)*<br>Anthony Pisciotti<br>Danny Lallis<br>Ryan Erdreich, Esq.<br>PISCIOTTI LALLIS ERDREICH<br>30 Columbia Turnpike, Suite 205 Florham Park,  NJ  07932  apisciotti@pisciotti.com<br>dlallis@pisciotti.com<br>rerdreich@pisciotti.com<br><br>Colt B. Dodrill<br>Brian E. Cieniawski<br>Arizona Bar No. 013185<br>WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP<br>2231 East Camelback Road, Suite 200<br>Phoenix, Arizona 85016<br>Colt.Dodrill@wilsonelser.com<br>Brian.Cieniawski@wilsonelser.com |

3

1 | Respectfully submitted this 31st day of December, 2024

DECONCINI MCDONALD YETWIN & LACY, P.C.

By: /s/ *Ryan O'Neal*
    Ryan O'Neal
    2525 E. Broadway Blvd., Suite 200
    Tucson, AZ 85716-5300
    Attorneys for Plaintiff

| /s/ Steve D. Shadowen | /s/ Yaacov (Jake) Meiseles |
|---|---|
| Steve D. Shadowen (*pro hac vice*) | Jonathan E. Lowy (*pro hac vice*) |
| Tina J. Miranda (*pro hac vice*) | Yaacov (Jake) Meiseles (*pro hac vice*) |
| Nicholas W. Shadowen (*pro hac vice*) | Global Action on Gun Violence |
| Sherwin Faridifar (*pro hac vice*) | 805 15th Street NW |
| SHADOWEN PLLC | #601 |
| 1717 W. 6th Street, Suite 290 | Washington, DC 20005 |
| Austin, TX 78703 | Phone: (202) 415-0691 |
| Phone: 855-344-3298 | jlowy@actiononguns.org |
| sshadowen@shadowenpllc.com | jmeiseles@actiononguns.org |
| tmiranda@shadowenpllc.com | |
| nshadowen@shadowenpllc.com | |
| sfaridifar@shadowenpllc.com | |

4

**CERTIFICATE OF SERVICE**

I, Yaacov (Jake) Meiseles, hereby certify that this document was filed with the Clerk of the Court via CM/ECF. Those attorneys who are registered with the Court's electronic filing systems may access this filing through the Court's CM/ECF system, and notice of this filing will be sent to these parties by operation of the Court's electronic filings system.

Dated: December 31, 2024                /s/ Yaacov (Jake) Meiseles
                                         Yaacov (Jake) Meiseles