# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Estados Unidos Mexicanos, | No. CV-22-00472-TUC-RM |
| Plaintiff, | **ORDER** |
| v. | |
| Diamondback Shooting Sports Incorporated, et al., | |
| Defendants. | |

Pending before the Court is the parties' Stipulation to Extend Time to Respond to Motion to Strike. (Doc. 66.) The parties stipulate to extensions of the deadline for Defendants to file a response to Plaintiff's Motions to Strike and of the deadline for Plaintiff to file a reply. (*Id.*) Good cause appearing,

**IT IS ORDERED** that the Stipulation (Doc. 66) is **approved**. Defendants shall file a response to Plaintiff's Motions to Strike (Docs. 64, 65) on or before **May 29, 2024**. Plaintiff may file a reply on or before **June 14, 2024**.

Dated this 7th day of May, 2024.

Honorable Rosemary Márquez
United States District Judge