DeConcini McDonald Yetwin & Lacy, P.C.
2525 East Broadway Blvd., Suite 200
Tucson, AZ 85716-5300
(520) 322-5000

Ryan O'Neal (AZ # 031919)
roneal@dmyl.com
Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Estados Unidos Mexicanos,<br><br>*Plaintiff*<br><br>*vs.*<br><br>Diamondback Shooting Sports, Inc., *et al.*,<br><br>*Defendants* | NO. 4:22-cv-00472-TUC-RM |

## PROPOSED AMENDED SCHEDULING ORDER

Plaintiff Estados Unidos Mexicanos and Defendants Diamondback Shooting Sports, Inc.; SNG Tactical, LLC; Loan Prairie, LLC d/b/a The Hub; Ammo A-Z, LLC; and Sprague's Sports, Inc. ("Defendants"), by and through counsel undersigned, hereby propose, subject to the Court's approval, the following amended scheduling order.

On January 30, 2025, the Court granted Plaintiff's Motion to Compel. (ECF 111). The Order stated, among other things that Defendants could not withhold documents pursuant to the Tiahrt Amendment, or the Arizona Health and Safety Privilege Act. *Id.* On February 7, 2025, the Parties filed a Joint Motion for Extension of Time to File an Amended

Scheduling Order. (ECF 112). On February 10, 2025, the Court granted the Parties' Joint Motion and ordered the Parties to submit an Amended Scheduling Order by March 14, 2025. (ECF 114).

The parties anticipate filing additional discovery motions related to written discovery and believe that resolution of those motions is essential to determine the end of fact discovery. The Parties have been, and will meet and confer further, but the parties anticipate filing these discovery motions soon thereafter. By agreeing to these dates for the initial motions to compel, the parties do not waive any objections or arguments under the federal or local rules.

The Parties, collectively, propose the following schedule:

| EVENT | PROPOSAL |
| --- | --- |
| Parties to File Initial Motions to Compel Discovery | April 15, 2025 |
| Deadline to Complete Fact Discovery | Twelve (12) months after the Court rules on the Initial Motions to Compel |
| Deadline for Plaintiff to serve affirmative expert reports | 60 days after the close of fact discovery |
| Deadline for Defendants' expert reports | 60 days after deadline for service of Plaintiff's expert disclosures. |
| Reply/rebuttal expert reports pursuant to Rule 26(a)(2)(D)(ii) | 30 days after deadline for serving Defendants' initial expert report(s). |
| Deadline to complete expert discovery | 90 days after Defendants' deadline for serving Defendants' initial expert report(s) |
| Deadline to file dispositive motions | 90 days after deadline to complete expert discovery. |
| Jointly proposed pretrial order | Within thirty (30) days after resolution of any summary judgment motions filed. |

| Filing settlement status reports | All parties and their counsel shall engage in good faith settlement talks no later than 30 days following the completion of fact discovery. A Settlement Status Report shall be filed within 60 days of the completion of fact discovery. |
|---|---|
| Final Pretrial Conference | To be determined |
| Trial Begins | To be determined |

By agreement of the parties, the Government respectfully submits this Proposed Amended Scheduling Order on behalf of all parties in the case.

Dated: March 14, 2025

Respectfully submitted,

| | |
|---|---|
| Plaintiff,<br>Estados Unidos Mexicanos<br>By its attorneys,<br><br>*/s/ Ryan O'Neal (AZ # 031919)*<br>roneal@dmyl.com<br>DECONCINI MCDONALD YETWIN & LACY, P.C.<br>2525 East Broadway Blvd., Suite 200<br>Tucson, AZ 85716-5300<br>(520) 322-5000<br><br>and<br><br>Steve Shadowen<br>steve@hillardshadowenlaw.com<br>Tina J. Miranda<br>tmiranda@hillardshadowenlaw.com<br>SHADOWEN PLLC<br>1135 W. 6th Street, Suite 125<br>Austin, TX 78703<br>(855) 344-3298 | Defendants,<br>Diamondback Shooting Sports, Inc., Loan Prairie, LLC d/b/a The Hub, SNG Tactical, LLC, Sprague's Sports, Inc., and Ammo AZ, LLC<br>By their attorneys,<br><br>Louis W. Horowitz<br>LORBER, GREENFIELD & POLITO, LLP<br>3930 E. Ray Road, Suite 260<br>Phoenix, AZ 85044<br>lhorowitz@lorberlaw.com<br><br>and<br><br>*/s/ Jeffrey Malsch (w/ permission)*<br>Christopher Renzulli<br>crenzulli@renzullilaw.com<br>Peter Malfa<br>pmalfa@renzullilaw.com<br>Jeffrey Malsch |

| | |
|---|---|
| and<br><br>Jonathan E. Lowy<br>Yaacov (Jake) Meiseles<br>Global Action on Gun Violence<br>1025 Connecticut Avenue NW #1210<br>Washington, DC 20036<br>jlowy@actiononguns.org<br>jmeiseles@actiononguns.org<br>(202) 415-0691 | jmalsch@renzullilaw.com<br>RENZULLI LAW FIRM LLP<br>One North Broadway, Suite 1005<br>White Plains, NY 10601<br>(914) 285-0700<br><br><br>Defendant,<br>Ammo AZ, LLC<br>By their attorneys,<br><br>*/s/ Ryan Erdreich (w/permission)*<br>Anthony Pisciotti<br>Danny Lallis<br>Ryan Erdreich, Esq.<br>PISCIOTTI LALLIS ERDREICH<br>30A Vreeland Road, Suite 300<br>Florham Park, NJ 07932<br>apisciotti@pisciotti.com<br>dlallis@pisciotti.com<br>rerdreich@pisciotti.com<br><br>And<br><br>Colt B. Dodrill<br>Brian E. Cieniawski<br>Arizona Bar No. 013185<br>WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP<br>2231 East Camelback Road, Suite 200<br>Phoenix, Arizona 85016<br>Colt.Dodrill@wilsonelser.com<br>Brian.Cieniawski@wilsonelser.com |

Respectfully submitted this 14th day of March 2025.

                                              DECONCINI MCDONALD YETWIN & LACY, P.C.

                                              By: /s/*Ryan O'Neal*
                                                  Ryan O'Neal
                                                  2525 E. Broadway Blvd., Suite 200
                                                  Tucson, AZ 85716-5300
                                                  Attorneys for Plaintiff

| /s/ Steve D. Shadowen | /s/ Jonathan E. Lowy |
|---|---|
| Steve D. Shadowen (*pro hac vice*) | Jonathan E. Lowy (*pro hac vice*) |
| Tina J. Miranda (*pro hac vice*) | Yaacov (Jake) Meiseles (*pro hac vice*) |
| Nicholas W. Shadowen (*pro hac vice*) | Global Action on Gun Violence |
| SHADOWEN PLLC | 805 15th Street NW |
| 1717 W. 6th Street, Suite 290 | #601 |
| Austin, TX 78703 | Washington, DC 20005 |
| Phone: 855-344-3298 | Phone: (202) 415-0691 |
| sshadowen@shadowenpllc.com | jlowy@actiononguns.org |
| tmiranda@shadowenpllc.com | jmeiseles@actiononguns.org |
| nshadowen@shadowenpllc.com | |

## CERTIFICATE OF SERVICE

I, Ryan O'Neal, hereby certify that this document was filed with the Clerk of the Court via CM/ECF. Those attorneys who are registered with the Court's electronic filing systems may access this filing through the Court's CM/ECF system, and notice of this filing will be sent to these parties by operation of the Court's electronic filings system.

Dated: March 14, 2025                                /s/*Ryan O'Neal*
                                                                    Ryan O'Neal