# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Estados Unidos Mexicanos,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Diamondback Shooting Sports Incorporated, et al.,<br><br>　　　　Defendants. | No. CV-22-00472-TUC-RM<br><br>**AMENDED SCHEDULING ORDER** |

　　　　On March 14, 2025, the parties submitted a Stipulated Proposed Amended Scheduling Order. (Doc. 116.)  The Court has reviewed the parties' proposed deadlines and finds them reasonable.  Accordingly,

　　　　**IT IS ORDERED** that the Stipulation (Doc. 116) is **approved**, and the Court's Scheduling Order (Doc. 51) is **amended** as follows:

1. The parties shall file motions to compel discovery, as contemplated in their Proposed Amended Scheduling Order, on or before **April 15, 2025**.  The Court grants leave to file the motions without a discovery dispute phone call to chambers.

2. All fact discovery shall be completed within **twelve (12) months** after the Court rules on the above-contemplated motions to compel.

3. The deadline for Plaintiff to serve its initial expert reports is **sixty (60) days** after the close of fact discovery.

4. The deadline for Defendants to serve their initial expert reports is **sixty (60)**

**days** after the deadline for serving Plaintiff's initial expert reports.

5. The deadline for serving rebuttal expert reports is **thirty (30) days** after the deadline for serving Defendants' initial expert reports.

6. All expert discovery shall be completed within **ninety (90) days** of Defendants' deadline for serving initial expert reports.

7. Summary judgment motions shall be filed within **ninety (90) days** after the deadline for completion of expert discovery.

8. The parties shall file a Joint Proposed Pretrial Order within **thirty (30) days** after resolution of any summary judgment motions filed or, if no such motions are filed, within sixty days after the deadline for completion of expert discovery.

9. The parties shall engage in good-faith settlement talks no later than **thirty (30) days** after the completion of fact discovery. The parties shall jointly file a Settlement Status Report within **sixty (60) days** of the completion of fact discovery, and every **ninety (90) days** thereafter.

10. All other provisions of the Court's original Scheduling Order (Doc. 51) remain in full force and effect.

Dated this 24th day of March, 2025.

_____
Honorable Rosemary Márquez
United States District Judge