| | |
|---|---|
| DECONCINI MCDONALD YETWIN & LACY, P.C. | |
| 2525 EAST BROADWAY BLVD., SUITE 200 | |
| TUCSON, AZ 85716-5300 | |
| (520) 322-5000 | |

Ryan O'Neal (AZ # 031919)
roneal@dmyl.com
Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Estados Unidos Mexicanos,<br><br>*Plaintiff*<br><br>vs.<br><br>Diamondback Shooting Sports, Inc., *et al.*,<br><br>*Defendants* | **STIPULATION RE: PROPOSED SECOND AMENDED SCHEDULING ORDER**<br><br>NO. 4:22-cv-00472-TUC-RM |

The Parties, by and through counsel undersigned, hereby propose, subject to the Court's approval, the following Second Amended Scheduling Order.

On October 22, 2025, the Court entered an Order ruling on various discovery motions (Doc. 165). Pursuant to that Order and consistent with the previous Amended Scheduling Order entered on March 24, 2025 (Doc. 117), the Parties propose the following updated schedule and deadlines for this matter:

| **EVENT** | **PROPOSED DEADLINE** |
|---|---|
| Deadline to Complete Fact Discovery | October 22, 2026 |

| Deadline for Plaintiff to serve affirmative expert reports | December 21, 2026 |
|---|---|
| Deadline for Defendants' expert reports | February 19, 2027 |
| Reply/rebuttal expert reports pursuant to Rule 26(a)(2)(D)(ii) | March 22, 2027 |
| Deadline to complete expert discovery | May 20, 2027 |
| Deadline to file dispositive motions | August 18, 2027 |
| Jointly proposed pretrial order | Within thirty (30) days after resolution of any summary judgment motions filed. |
| Filing settlement status reports | All parties and their counsel shall engage in good faith settlement talks no later than November 23, 2026. A Settlement Status Report shall be filed by December 21, 2026. |
| Final Pretrial Conference | To be determined |
| Trial Begins | To be determined |

By agreement the Parties respectfully submit for the Court's consideration the attached Proposed Second Amended Scheduling Order.

Dated: November 5th, 2025

Respectfully submitted,

Plaintiff,
Estados Unidos Mexicanos
By its attorneys,

*/s/ Ryan O'Neal (AZ # 031919)*

Defendants,
Diamondback Shooting Sports, Inc., Loan Prairie, LLC d/b/a The Hub, SNG Tactical, LLC, Sprague's Sports, Inc., and Ammo AZ, LLC
By their attorneys,

DECONCINI MCDONALD YETWIN & LACY, P.C.
2525 East Broadway Blvd., Suite 200
Tucson, AZ 85716-5300
(520) 322-5000
roneal@dmyl.com

Steve D. Shadowen
Tina J. Miranda
Nicholas W. Shadowen
SHADOWEN PLLC
1135 W. 6th Street, Suite 125
Austin, TX 78703
(855) 344-3298
sshadowen@shadowenpllc.com
tmiranda@shadowenpllc.com
nshadowen@shadowenpllc.com

Jonathan E. Lowy
Yaacov (Jake) Meiseles
Global Action on Gun Violence
1025 Connecticut Avenue NW #1210
Washington, DC 20036
jlowy@actionnonguns.org
jmeiseles@actiononguns.org
(202) 415-0691

Louis W. Horowitz
LORBER, GREENFIELD & POLITO, LLP
3930 E. Ray Road, Suite 260
Phoenix, AZ 85044
lhorowitz@lorberlaw.com

*/s/ Jeffrey Malsch (w/ permission)*
Christopher Renzulli
crenzulli@renzullilaw.com
Peter Malfa
pmalfa@renzullilaw.com
Jeffrey Malsch
jmalsch@renzullilaw.com
RENZULLI LAW FIRM LLP
One North Broadway, Suite 1005
White Plains, NY 10601
(914) 285-0700

*/s/ Ryan Erdreich (w/permission)*
Anthony Pisciotti
Danny Lallis
Ryan Erdreich, Esq.
PISCIOTTI LALLIS ERDREICH
30 Columbia Turnpike, Suite 205 Florham Park, NJ 07932
apisciotti@pisciotti.com
dlallis@pisciotti.com
rerdreich@pisciotti.com

Colt B. Dodrill
Brian E. Cieniawski
Arizona Bar No. 013185
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
2231 East Camelback Road, Suite 200
Phoenix, Arizona 85016
Colt.Dodrill@wilsonelser.com
Brian.Cieniawski@wilsonelser.com

# CERTIFICATE OF SERVICE

I, Ryan O'Neal, hereby certify that this document was filed with the Clerk of the Court via CM/ECF. Those attorneys who are registered with the Court's electronic filing systems may access this filing through the Court's CM/ECF system, and notice of this filing will be sent to these parties by operation of the Court's electronic filings system.

Dated: November 5th, 2025         /s/*Ryan O'Neal*
                                  Ryan O'Neal

DeConcini McDonald Yetwin & Lacy, P.C.
2525 East Broadway Blvd., Suite 200