# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Estados Unidos Mexicanos, | No. CV-22-00472-TUC-RM |
| Plaintiff, | **ORDER** |
| v. | |
| Diamondback Shooting Sports Incorporated, et al., | |
| Defendants. | |

Pending before the Court is the parties' Stipulation re: Proposed Second Amended Scheduling Order. (Doc. 167.) On March 24, 2025, the Court entered an Amended Scheduling Order that set deadlines tied to the resolution of anticipated motions to compel. (Doc. 117.) The Court resolved the parties' Motions to Compel on October 22, 2025. (Doc. 165.) The parties' pending Stipulation uses the date of the Court's resolution of the Motions to Compel to calculate specific deadlines consistent with the Court's March 24, 2025 Amended Scheduling Order. (Doc. 167.) Accordingly,

**IT IS ORDERED** that the parties' Stipulation re: Proposed Second Amended Scheduling Order (Doc. 167) is **approved**. The following deadlines govern this matter:

1. All fact discovery shall be completed on or before **October 22, 2026**.

2. The deadline for Plaintiff to serve its initial expert reports is **December 21, 2026**.

3. The deadline for Defendants to serve their initial expert reports is **February 19, 2027**.

4. The deadline for serving rebuttal expert reports is **March 22, 2027**.

5. All expert discovery shall be completed on or before **May 20, 2027**.

6. Summary judgment motions are due on or before **August 18, 2027**.

7. The parties shall file a Joint Proposed Pretrial Order within **thirty (30) days** after resolution of summary judgment motions or, if no such motions are filed, on or before **September 17, 2027**.

8. The parties shall engage in good-faith settlement talks by **November 23, 2026**. The parties shall jointly file a Settlement Status Report on or before **December 21, 2026**, and every **ninety (90) days** thereafter.

9. All other provisions of the Court's original Scheduling Order (Doc. 51) remain in full force and effect.

Dated this 12th day of November, 2025.


_____
Honorable Rosemary Márquez
United States District Judge