DECONCINI MCDONALD YETWIN & LACY, P.C.
2525 EAST BROADWAY BLVD., SUITE 200
TUCSON, AZ 85716-5300
(520) 322-5000

Ryan O'Neal (AZ # 031919)
roneal@dmyl.com
Attorneys for Plaintiff

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Estados Unidos Mexicanos,<br><br>Plaintiff,<br><br>*vs.*<br><br>Diamondback Shooting Sports, Inc., an Arizona corporation; SNG Tactical, LLC, an Arizona limited liability company; Loan Prairie, LLC D/B/A The Hub, an Arizona limited liability company; Ammo A-Z, LLC, an Arizona limited liability company; Sprague's Sports, Inc., an Arizona corporation,<br><br>Defendants. | **STATEMENT OF COUNSEL PURSUANT TO L.R.CIV 7.2(J)**<br><br>NO. 4:22-cv-00472-TUC-RM |

State of ARIZONA )
) ss
County of PIMA )

Ryan D. O'Neal certifies under penalty of perjury that the following is true and correct:

1. That he is the local counsel and an attorney-of-record for the Plaintiff Estados Unidos Mexicanos in the above-captioned matter, and this Statement is submitted pursuant to L.R.Civ 7.2(j);

2. That he participated in a meet-and-confer with counsel for Defendant Diamondback Shooting Sports, Inc. to discuss and attempt to resolve the discovery dispute as identified in the recently filed Emergency Motion to Preserve Evidence. This personal consultation occurred on August 20, 2026 at 1:00pm via Microsoft Teams; and

3. That despite good faith and sincere efforts the parties have been unable to satisfactorily resolve the issues identified in that Motion.

EXECUTED this 25th day of August, 2026.

DECONCINI MCDONALD YETWIN & LACY, P.C

By: ______________________

Ryan D. O'Neal
2525 E. Broadway Blvd., Suite 200
Tucson, AZ 85716-5300
Attorneys for Plaintiff

DECONCINI MCDONALD YETWIN & LACY, P.C.
2525 East Broadway Blvd., Suite 200
Tucson, AZ 85716-5300

DECONCINI MCDONALD YETWIN & LACY, P.C.
2525 East Broadway Blvd., Suite 200
Tucson, AZ 85716-5300

**CERTIFICATE OF SERVICE**

I, Ryan O'Neal, hereby certify that this document was filed with the Clerk of the Court via CM/ECF. Those attorneys who are registered with the Court's electronic filing systems may access this filing through the Court's CM/ECF system, and notice of this filing will be sent to these parties by operation of the Court's electronic filings system.

Dated: August 25, 2026

/s/ *Ryan O'Neal*
Ryan O'Neal