**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Estados Unidos Mexicanos,<br>Plaintiff,<br>v.<br>Diamondback Shooting Sports Incorporated, et al.,<br>Defendants. | No. CV-22-00472-TUC-RM<br>**ORDER** |

On August 25, 2026, Plaintiff filed an Emergency Motion for Protective Order. (Doc. 171.) To allow for the orderly resolution of the issues raised in the Emergency Motion,

**IT IS ORDERED** that Defendant Diamondback Shooting Sports Incorporated shall respond to the Emergency Motion on or before **August 31, 2026**. Plaintiff may file a reply on or before **September 3, 2026**. Diamondback shall preserve original copies or scanned copies of the records at issue during the pendency of the Emergency Motion and for 60 days thereafter.

Dated this 26th day of August, 2026.

Honorable Rosemary Márquez
United States District Judge