**WO**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Estados Unidos Mexicanos,

Plaintiff,

v.

Diamondback Shooting Sports Incorporated, et al.,

Defendants.

No. CV-22-00472-TUC-RM

**ORDER**

Pending before the Court is the parties' Joint Stipulation to File Confidential Material Under Seal. (Doc. 180.) The parties request that Exhibits 13 to 22 to Plaintiff's Motion to Compel Production of Redacted Information be filed under seal, as the documents have been designated by Defendants as Confidential or Attorneys Eyes Only pursuant to the Protective Order. (*Id.*) Plaintiff reserves the right to later challenge the confidentiality designations. (*Id.* at 2.)

Good cause appearing,

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

**IT IS ORDERED** that the Joint Stipulation to File Confidential Material Under Seal (Doc. 180) is **granted**. The Clerk of Court is directed to file Exhibits 13 to 22 to Plaintiff's Motion to Compel Production of Redacted Information (lodged at Doc. 181) **under seal**.

Dated this 29th day of September, 2026.

Honorable Rosemary Márquez
United States District Judge