LORBER, GREENFIELD & OLSEN, LLP
Louis W. Horowitz, Esq. [S.B. #020842]
3930 E. Ray Road, Suite 260
Phoenix, AZ 85044
TEL: (602) 437-4177
FAX: (602) 437-4180
lhorowitz@lorberlaw.com

RENZULLI LAW FIRM LLP
Christopher Renzulli, Esq. (*Pro Hac Vice*)
Peter Malfa, Esq. (*Pro Hac Vice*)
Jeffrey Malsch, Esq. (*Pro Hac Vice*)
One North Broadway, Suite 1005
White Plains, NY 10601
TEL: (914) 285-0700
FAX: (914) 285-1213
crenzulli@renzullilaw.com
pmalfa@renzullilaw.com
jmalsch@renzullilaw.com

*Attorneys for Defendants Diamondback Shooting Sports, Inc., Loan Prairie, LLC d/b/a The Hub, SNG Tactical, LLC and Sprague's Sports, Inc.*

LORBER, GREENFIELD & OLSEN, LLP
3930 E. Ray Road, Suite 260, Phoenix, AZ 85044
Telephone (602) 437-4177 / Facsimile (602) 437-4180

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

Estados Unidos Mexicanos,

Plaintiff,

*vs.*

Diamondback Shooting Sports, Inc., an Arizona corporation; SNG Tactical, LLC, an Arizona limited liability company; Loan Prairie, LLC D/B/A The Hub, an Arizona limited liability company; Ammo A-Z, LLC, an Arizona limited liability company; Sprague's Sports, Inc., an Arizona corporation,

Defendants.

Case No: 4:22-cv-00472-TUC-RM

**DEFENDANTS' NOTICE TO WITHDRAW APPEARANCE OF GABRIELLE DYLAG**

LORBER, GREENFIELD & OLSEN, LLP
3930 E. Ray Road, Suite 260, Phoenix, AZ 85044
Telephone (602) 437-4177 / Facsimile (602) 437-4180

Defendants Diamondback Shooting Sports, Inc., SNG Tactical, LLC, Loan Prairie, LLC d/b/a The Hub, and Sprague's Sports, Inc., by and through undersigned counsel, give notice under LRCiv 83.3(b)(4) that attorney Gabrielle Dylag withdraws/disassociates her appearance in this matter. Ms. Dylag is departing her current position with Renzulli Law Firm, LLP, which will remain counsel of record and continue to serve as counsel for Diamondback Shooting Sports, Inc., SNG Tactical, LLC, Loan Prairie, LLC d/b/a The Hub, and Sprague's Sports, Inc. In support, Defendants state:

1. Defendants will continue to be represented by Christopher Rennzulli, Peter Malfa, Jeffrey Malsch, Arshia Hourizadeh, and Justin Gottuso of Renzulli Law Firm, LLP, as well as Louis William Horowitz of Lorber Greenfield & Olsen LLP.
2. No delay, disruption, or prejudice will result in Ms. Dylag's withdrawal. All deadlines remain in place, and service and communications should continue to be directed to Defendants' remaining counsel of record.
3. This Notice is provided in good faith and not for purposes of delay.
4. Pursuant to LRCiv 83.3(b)(4), this withdrawal is limited to the appearance of Ms. Dylag only; Renzulli Law Firm, LLP and Lorber Greenfield & Olsen LLP remain as counsel for Defendants Diamondback Shooting Sports, Inc., SNG Tactical, LLC, Loan Prairie, LLC d/b/a The Hub, and Sprague's Sports, Inc.

Pursuant to LRCiv 83.3(b)(4), no order is requested because Defendants remain represented by Renzulli Law Firm, LLP and Lorber Greenfield & Olsen LLP. The Clerk is requested to terminate Ms. Dylag's CM/ECF notices and update the docket accordingly.

Dated: November 10, 2026

RENZULLI LAW FIRM LLP

By: */s/ Gabrielle Dylag*
Gabrielle Dylag (*Pro Hac Vice*)
Christopher Renzulli, Esq. (*Pro Hac Vice*)
Peter Malfa, Esq. (*Pro Hac Vice*)
Jeffrey Malsch, Esq. (*Pro Hac Vice*)
One North Broadway, Suite 1005
White Plains, NY 10601

LORBER, GREENFIELD & OLSEN, LLP

Louis W. Horowitz, Esq.
3930 E. Ray Road, Suite 260
Phoenix, AZ 85044

*Attorneys for Defendants*
*Loan Prairie Shooting Sports, Inc.,*
*Loan Prairie, LLC d/b/a The Hub,*
*SNG Tactical, LLC and*
*Sprague's Sports, Inc.*

LORBER, GREENFIELD & OLSEN, LLP
3930 E. Ray Road, Suite 260, Phoenix, AZ 85044
Telephone (602) 437-4177 / Facsimile (602) 437-4180

## CERTIFICATE OF SERVICE

I, Jeffrey Malsch, hereby certify that this document was served on all counsel of record for the parties to the email addresses registered with the Court's electronic filing system on the date below.

Dated: November 10, 2026

By: */s/ Jeffrey Malsch*
Jeffrey Malsch
jmalsch@renzullilaw.com